FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT -8  P 12: 33

US DISTRICT
BRIDGEPORT

| | |
|---|---|
| B.H., by and through his parents and next friends, Mr. and Mrs. C.H.<br>PLAINTIFFS,<br>V.<br><br>SOUTHINGTON BOARD OF EDUCATION, ET. AL.<br>DEFENDANTS. | CIVIL ACTION NO.<br>3:02CV252 (SRU)<br><br><br><br><br>OCTOBER 7, 2003 |

## MOTION FOR ENLARGEMENT TO FILE A REPLY TO LOCAL DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION

The plaintiffs request two additional weeks to file a reply to the Local Defendants' Memorandum in Opposition to Plaintiffs' Motion for Reconsideration. In support of this motion the plaintiffs represent the following:

1. Plaintiffs' Reply is due on October 8, 2003.

2. Plaintiffs' counsel is unable to file the Reply by October 8, 2003 because he has two lengthy briefs due in *Arc/Connecticut v. O'Meara*, No. 3:01CV1871 (JBA) by October 13, 2003 and a meeting with the Expert Panel in *P.J. v. State of Connecticut*, No. 2:91CV00180 (RNC) during October 9, 2003 and October 10, 2003.

3. Plaintiffs' counsel has contacted Attorney Sommaruga, counsel for the Local Defendants, and Attorney Fiorentino, counsel for the State defendants. Both have consented to this request.

4. This is the first enlargement of time requested with respect to this time limitation.

GRANTED; ABSENT OBJECTION.
/s/ Stefan R. Underhill, U.S.D.J.