UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and | : | CIVIL ACTION NO. |
| next friends, Mr. and Mrs. C.H. | : | 3:02CV252 (SRU) |
| PLAINTIFFS, | : | |
| V. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, ET. AL. | : | |
| DEFENDANTS. | : | NOVEMBER 21, 2003 |

**<u>MOTION TO MODIFY SCHEDULING ORDER</u>**


The plaintiffs move for a thirty day enlargement of the November 25, 2003 deadline for completing discovery as well as the two subsequent deadlines in the Scheduling Order relating to dispositive motions and the submission of the Joint Trial Memorandum.

In support of this Motion plaintiffs represent that they require thirty additional days to complete discovery due to the demands of other federal cases. Opposing counsel Mark Sommaruga, Esq. and Thomas Fiortentino, Esq., counsel for the defendants, have been contacted and indicate they consent to this Motion.

WHEREFORE, plaintiffs request that the remaining deadlines in this lawsuit be modified as follows:

· Completion of discovery                    December 25, 2003
· All dispositive motions                     January 26, 2004
· Submission of Joint Trial Memorandum        January 26, 2004


PLAINTIFFS,

By   /s/ David C. Shaw
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Fed. Bar No. ct 05239
Tel.  (860) 242-1238
Fax.  (860) 242-1507

**<u>CERITIFICATION</u>**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on November 21, 2003.

Mark Sommaruga, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

Thomas Fiorentino, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

_____/s/ David C. Shaw_____
David C. Shaw, Esq.