79

FILED

2003 AUG 20 P 12: 30

US DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and next friends, Mr. and Mrs. C.H., | ) ) ) | CIVIL ACTION NO. 3:02CV00252(SRU) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| SOUTHINGTON BOARD OF EDUCATION, FRANCES HAAG, INDIVIDUALLY, ANTHONY D'ANGELO, INDIVIDUALLY, THEODORE S. SERGI, COMMISSIONER, CONNECTICUT DEPARTMENT OF EDUCATION, | ) ) ) ) ) ) ) | |
| Defendant | ) | AUGUST 18, 2003 |

### MOTION FOR STAY

Defendants Southington Board of Education, Frances Haag and Anthony D'Angelo, hereby move to stay the above mentioned action. Pursuant to an order issued on July 25, 2003 by the Commonwealth Court of Pennsylvania in the matter of M. Diane Koken, Insurance Commissioner of the Commonwealth of Pennsylvania v. Legion Insurance Company [Attachment], Legion Insurance Company ("Legion") has been declared insolvent and ordered to be liquidated effective July 28, 2003.

**ORAL ARGUMENT IS NOT REQUESTED.**
**TESTIMONY IS NOT REQUIRED**

GRANTED. The case is hereby stayed until January 28, 2004. So ordered.
Stefan R. Underhill
United States District Judge
11/25/03

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326