FILED

2003 NOV 24  A II: 53

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

B.H., by and through his parents and          :        CIVIL ACTION NO.
next friends, Mr. and Mrs. C.H.               :        3:02CV252 (SRU)
                    PLAINTIFFS,               :
          V.                                  :
                                              :
                                              :
SOUTHINGTON BOARD OF EDUCATION, ET. AL.       :
                    DEFENDANTS.               :        NOVEMBER 21, 2003

**MOTION TO MODIFY SCHEDULING ORDER**

The plaintiffs move for a thirty day enlargement of the November 25, 2003 deadline for

completing discovery as well as the two subsequent deadlines in the Scheduling Order relating

to dispositive motions and the submission of the Joint Trial Memorandum.

In support of this Motion plaintiffs represent that they require thirty additional days to

complete discovery due to the demands of other federal cases.  Opposing counsel Mark

Sommaruga, Esq. and Thomas Fiortentino, Esq., counsel for the defendants, have been

contacted and indicate they consent to this Motion.

WHEREFORE, plaintiffs request that the remaining deadlines in this lawsuit be

modified as follows: