UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | ) | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | ) | 3:02CV00252(SRU) |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| SOUTHINGTON BOARD OF EDUCATION, | ) | |
| FRANCES HAAG, INDIVIDUALLY, | ) | |
| ANTHONY D'ANGELO, INDIVIDUALLY, | ) | |
| THEODORE S. SERGI, COMMISSIONER, | ) | |
| CONNECTICUT DEPARTMENT OF | ) | |
| EDUCATION, | ) | |
| Defendants. | ) | FEBRUARY 17, 2004 |

## **MOTION TO MODIFY SCHEDULING ORDER**

The plaintiffs and defendants stipulate and agree that the Scheduling Order in this matter should be modified such that all discovery will be completed and dispositive motions will be filed by no later than May 15, 2004. In support of this Motion the parties represent that the Court entered an Order on December 6, 2003 staying these proceedings until January 28, 2004 and that many of the discovery deadlines established by the Court's Endorsement Order dated July 17, 2003 have passed. The parties therefore respectfully request that the Court enter the following Scheduling Order:

· Completion of all discovery May 1, 2004

· Filing dispositive motions May 20, 2004

· Submission of Joint Trial Memorandum June 1, 2004

                                        PLAINTIFFS

                              By /s/   *David C. Shaw*
                                 David C. Shaw
                                 34 Jerome Avenue, Suite 210
                                 Bloomfield, CT  06002
                                 Tel. (860) 242-1238
                                 Fax (860) 242-1507
                                 Fed. Bar. No. CT05239
                                  Email   dcshaw@cttel.net

                              DEFENDANTS – SOUTHINGTON
                              BOARD OF EDUCATION, FRANCES
                              HAAG, and ANTHONY D'ANGELO

                              By /s/ *Nicole A. Bernabo*
                                 Nicole A. Bernabo (ct19783)
                                 Sullivan, Schoen, Campane & Connon
                                 646 Prospect Avenue
                                 Hartford, CT 06105
                                 Tel: (860) 233-2141
                                 Fax: (860)-233-0516

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on the 17th day of February, 2004, via U. S. Mail, postage prepaid, to Nicole A. Bernabo, Esq., Sullivan, Schoen, Campane & Connon, LLC, 646 Prospect Avenue, Hartford, CT 06105.

                                              /s/ *David C. Shaw*
                                              David C. Shaw