#94

FILED

2004 FEB 12 P 12: 04

US ...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents<br>and next friends, Mr. and Mrs. C.H., | ) | CIVIL ACTION NO.<br>3:02CV00252(SRU) |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| SOUTHINGTON BOARD OF EDUCATION,<br>FRANCES HAAG, INDIVIDUALLY,<br>ANTHONY D'ANGELO, INDIVIDUALLY,<br>THEODORE S. SERGI, COMMISSIONER,<br>CONNECTICUT DEPARTMENT OF<br>EDUCATION, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants | ) | FEBRUARY 11, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, defendants Southington Board of Education, Frances Haag and Anthony D'Angelo hereby move for an extension of time for responding to the plaintiffs' complaint. Since January 26, 2004 – the expiration of this court's stay - the undersigned counsel has been involved in several administrative due process hearings and Section 504 hearings, and as a result of this matter and the press of other legal business, needs additional time to finalize the defendants' response to the Complaint.

**ORAL ARGUMENT IS NOT REQUESTED.**

**TESTIMONY IS NOT REQUIRED**

The undersigned defendants hereby ask that the deadline for responding to the plaintiffs' Complaint be extended by ten (10) days, from February 15, 2004 until February 25, 2004. This is the defendants' first request for an extension time for responding to the plaintiffs' Complaint.

Counsel for the undersigned defendants has attempted to contact counsel for the plaintiff, David Shaw, Esq. As of the filing of this motion, the undersigned counsel is not able to represent Attorney Shaw's position as to the granting of this motion for an additional ten days for responding to the plaintiff's Complaint.

DEFENDANTS - SOUTHINGTON<br>
BOARD OF EDUCATION, FRANCES<br>
HAAG, and ANTHONY D'ANGELO<br>
<br>
By_____<br>
Nicole A. Bernabo (ct19783)<br>
Sullivan, Schoen, Campane & Connon<br>
646 Prospect Avenue<br>
Hartford, CT 06105<br>
Tel: (860) 233-2141<br>
Fax: (860)-233-0516<br>
Email: nbernabo@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on the 11th day of February, 2004, via U. S. Mail, postage prepaid, to David C. Shaw, Esq., Law Offices of David C. Shaw, 34 Jerome Avenue, Ste. 210, Bloomfield, CT 06002.

Nicole A. Bernabo

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326