UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

B.H.

v.

SOUTHINGTON BOARD OF
EDUCATION, ET AL.

2004 FEB 23  P 12: 50

Civ. Action No.
3:02 CV 252 (SRU)

### ORDER LIFTING STAY

On November 26, 2003, the court issued an order staying this case until January 28, 2004.

No requests for continuance having been received, it is hereby

ORDERED that the stay in this case is lifted.

It is so ordered.

Dated at Bridgeport this 23rd day of February 2004.

Stefan R. Underhill
United States District Judge