#95

FILED
2004 FEB 19 P 1:09

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| B.H., by and through his parents and next friends, Mr. and Mrs. C.H., <br>             Plaintiffs <br> v. <br><br> SOUTHINGTON BOARD OF EDUCATION, FRANCES HAAG, INDIVIDUALLY, ANTHONY D'ANGELO, INDIVIDUALLY, THEODORE S. SERGI, COMMISSIONER, CONNECTICUT DEPARTMENT OF EDUCATION, <br>             Defendants. | CIVIL ACTION NO. <br> 3:02CV00252(SRU) <br><br><br><br><br><br><br><br><br><br> FEBRUARY 17, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

The plaintiffs and defendants stipulate and agree that the Scheduling Order in this matter should be modified such that all discovery will be completed and dispositive motions will be filed by no later than May 15, 2004. In support of this Motion the parties represent that the Court entered an Order on December 6, 2003 staying these proceedings until January 28, 2004 and that many of the discovery deadlines established by the Court's Endorsement Order dated July 17, 2003 have passed. The parties therefore respectfully request that the Court enter the following Scheduling Order:

---

Motion Granted.
Discovery cutoff date  May 1, 2004
Dispositive Motions due by  May 20, 2004
SO ORDERED
2/24/04
Stefan R. Underhill, U.S.D.J.