FILED

2004 FEB 25  P 2: 44

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and next friends, Mr. and Mrs. C.H., | ) ) ) | CIVIL ACTION NO. 3:02CV00252(SRU) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| SOUTHINGTON BOARD OF EDUCATION, FRANCES HAAG, INDIVIDUALLY, and ANTHONY D'ANGELO, INDIVIDUALLY, | ) ) ) ) | |
| Defendants | ) | FEBRUARY 24, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## *NUNC PRO TUNC*

Pursuant to Rule 9(b)(2) of the Local Rules of Civil Procedure, defendants Southington Board of Education, Frances Haag and Anthony D'Angelo hereby move this court for an enlargement of time for the disclosure of the experts who may be called if a trial is necessary in this case. The deadline for disclosing experts was on or about April 2003; however, several extensions of time were filed in this case by the parties and a stay was issued in this case which held scheduling deadlines in abeyance until on or about January 28, 2004. The defendants respectfully request that the court grant this extension of time for a total of approximately thirty days, reverting back from the timeframe before and after the stay.

**Neither Oral Argument nor Testimony is required.**

This is the undersigned defendants' first motion for extension of time in which to disclose their experts. Approximately two previous extensions were filed jointly by the parties regarding all scheduling matters. During the February 23, 2004 scheduling conference, counsel for the plaintiffs (David C. Shaw, Esq.) objected to this extension of time.

The expert disclosure is attached hereto and the defendants therefore represent that there will be no further extensions requested regarding this disclosure. Furthermore, the named experts should come as no surprise to the plaintiffs as these individuals have previously been service providers to the plaintiff-student, B.H.

DEFENDANTS - SOUTHINGTON
BOARD OF EDUCATION, FRANCES
HAAG, and ANTHONY D'ANGELO

By: /s/ Nicole A. Bernabo

Nicole A. Bernabo (ct19783)
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105
Tel: (860) 233-2141
Fax: (860)-233-0516
Email: nbernabo@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing motion for extension of time was mailed on the 25th day of February, 2004, via U. S. Mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, Connecticut 06002.

*[signature]*
Nicole A. Bernabo