FILED

2004 FEB 25 P 2: 44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents<br>and next friends, Mr. and Mrs. C.H., | ) <br> ) | CIVIL ACTION NO.<br>3:02CV00252(SRU) |
| Plaintiffs | ) <br> ) | |
| v. | ) <br> ) | |
| SOUTHINGTON BOARD OF EDUCATION,<br>FRANCES HAAG, INDIVIDUALLY,<br>ANTHONY D'ANGELO, INDIVIDUALLY, | ) <br> ) <br> ) | |
| Defendant | ) | FEBRUARY 25, 2004 |

### DEFENDANT'S DISCLOSURE OF EXPERT WITNESS

In accordance with the February 23, 2004 scheduling conference, the defendants hereby give notice that they may call as expert witnesses at trial: Phoebe Tucker, 45 Honey Bee Lane, Shelton, Connecticut 06484, and Anna Eddy, C.I.B./Oak Hill School, 120 Holcolm Street, Hartford, Connecticut 06112. The defendants further reserve the right to call at trial those individuals disclosed by the plaintiffs as experts on or about July 2003.

**Neither Oral Argument nor
Testimony is required.**

DEFENDANTS - SOUTHINGTON
BOARD OF EDUCATION, FRANCES
HAAG, and ANTHONY D'ANGELO

By *[signature]*
Nicole A. Bernabo (ct19783)
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105
Tel: (860) 233-2141
Fax: (860)-233-0516
Email: nbernabo@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing disclosure was mailed on the 25th day of February, 2004, via U. S. Mail, postage prepaid, to David C. Shaw, Esq., Law Offices of David C. Shaw, 34 Jerome Avenue, Suite 210, Bloomfield, Connecticut 06002.

*Nicole A. Bernabo*
Nicole A. Bernabo