*STATUS CONFERENCE HELD*
*DATE: 2/23/04*

*02CV252 statcnf*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Stefan R. Underhill, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

February 23, 2004

10:00 a.m.

*(30 min.)*

---

CASE NO. **3:02cv252**    **B.H. v Southington Bd of Ed**

---

Nicole Alexandra Bernabo
Sullivan, Schoen, Campane & Connon
646 Prospect Ave.
Hartford, CT 06105

Lawrence J. Campane
Sullivan, Schoen, Campane & Connon
646 Prospect Ave.
Hartford, CT 06105

David C. Shaw
Andrew Alan Feinstein
Law Offices of David C. Shaw
34 Jerome Ave.
Suite 210
Bloomfield, CT 06002

Thomas M. Fiorentino
Attorney General's Office
55 Elm St., PO Box 120
Hartford, CT 06101-0120

Mark J. Sommaruga
Sullivan, Schoen, Campane & Connon
646 Prospect Ave.
Hartford, CT 06105

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK