STATUS CONFERENCE HELD

DATE: 3/17/04

(10 min.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar
(Discovery issues)
Stefan R. Underhill, U.S.D.J.
915 Lafayette Boulevard
Bridgeport

March 17, 2004

4:30 p.m.

CASE NO. **3:02cv252 (SRU)**   **BH v Southington**

Nicole Alexandra Bernabo
Lawrence J. Campane
Mark J. Sommaruga
Sullivan, Schoen, Campane & Connon
646 Prospect Ave.
Hartford, CT 06105

David C. Shaw
Andrew Alan Feinstein
Law Offices of David C. Shaw
34 Jerome Ave.
Suite 210
Bloomfield, CT 06002

Thomas M. Fiorentino
Attorney General's Office
55 Elm St., PO Box 120
Hartford, CT 06101-0120

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK