99

FILED

2004 FEB 25 P 2: 44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

02CV252 MEXTIME

| | | |
|---|---|---|
| B.H., by and through his parents and next friends, Mr. and Mrs. C.H., | ) ) ) | CIVIL ACTION NO. 3:02CV00252(SRU) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| SOUTHINGTON BOARD OF EDUCATION, FRANCES HAAG, INDIVIDUALLY, and ANTHONY D'ANGELO, INDIVIDUALLY, | ) ) ) ) | |
| Defendants | ) | FEBRUARY 24, 2004 |

FILED
2004 APR -5 P 4:55
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Granted. The expert disclosures, however, must comply with the Federal Rules of Civil Procedure. So ordered. /s/ [illegible] 4/5/04

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### *NUNC PRO TUNC*

Pursuant to Rule 9(b)(2) of the Local Rules of Civil Procedure, defendants Southington Board of Education, Frances Haag and Anthony D'Angelo hereby move this court for an enlargement of time for the disclosure of the experts who may be called if a trial is necessary in this case. The deadline for disclosing experts was on or about April 2003; however, several extensions of time were filed in this case by the parties and a stay was issued in this case which held scheduling deadlines in abeyance until on or about January 28, 2004. The defendants respectfully request that the court grant this extension of time for a total of approximately thirty days, reverting back from the timeframe before and after the stay.

**Neither Oral Argument nor
Testimony is required.**

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326