UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and | : | CIVIL ACTION NO. |
| next friends, Mr. and Mrs. C.H. | : | 3:02CV252 (SRU) |
| PLAINTIFFS, | : | |
| V. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, ET. AL. | : | |
| DEFENDANTS. | : | APRIL 29, 2004 |

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

The parties have agreed that the Scheduling Order in this matter should be modified such that all discovery will be completed by June 15, 2004 and all dispositive motions will be filed by July 1, 2004. In support of this motion the plaintiffs represent the following:

1. On February 26, 2004 the Court entered an Order establishing the following schedule:

- Completion of all discovery by May 1, 2004
- Filing of dispositive motions by May 20, 2004
- Filing of Joint Trial Memorandum by June 1, 2004

2. The parties have been working diligently to complete discovery within the time established by the existing Scheduling Order, but have been unable to comply with that Order for several reasons.

3. Defendants, for example, commenced the deposition of plaintiff L.H. on April 27,

2003 but could not complete that deposition due to the fact that she was in pain due to recent surgery.

4. Plaintiffs began the deposition of defendant Francis Haag on Monday, April 26, 2004 at 1:00 p.m. and continued that deposition at 1:30 p.m. on April 27, 2004, but were unable to complete that deposition due to the amount of material that needs to be covered.

5. Defendants have failed to make an appropriate disclosure of expert witnesses as required by Rule 26. *See*, plaintiffs' Motion in Limine to Preclude [Doc. #106]. If the defendants complete an appropriate disclosure and the Court denies plaintiffs' Motion to Preclude, additional time will be needed to conduct the depositions of those experts.

6. Plaintiffs contemplate that some additional discovery may be necessary in light of the information that has surfaced during the depositions and discovery taken to date.

7. Defendants and plaintiffs represent that although they have been working in good faith to complete discovery they have not been able to complete discovery within the time specified in the existing Scheduling Order and that an additional forty-five days will be necessary to complete the discovery contemplated by the parties.

8. This proposed modification of the Scheduling Order has been discussed with and agreed to by Nicole Bernabo, Esq., counsel for the defendants.

9. This is the eleventh request to modify the Scheduling Order of this Court.

WHEREFORE, the plaintiffs request that the Scheduling Order be modified so as to reflect the following schedule:

- Completion of all discovery by June 15, 2004
- Filing of dispositive motions by July 5, 2004
- Filing of Joint Trial Memorandum by July 15, 2004

PLAINTIFFS,

By /S/ *David C. Shaw*
David C. Shaw, Esq.
34 Jerome Avenue, Suite 210
Bloomfield, CT  06002
Tel. (860) 242-1238
Fax (860) 242-1507
Fed. Bar. No. CT 05239
Email   dcshaw@cttel.net

## **CERITIFICATION**

     This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on April 29, 2004:

| | |
|---|---|
| Nicole A. Bernabo, Esq. | Thomas Fiorentino, Esq. |
| Sullivan, Schoen, Campane & Connon, LLC | Assistant Attorney General |
| 646 Prospect Ave. | P.O. Box 120 |
| Hartford, CT 06105 | Hartford, CT |

                         /s/ *David C. Shaw*
                             David C. Shaw, Esq.