\# 108

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 APR 30 P 1: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| B.H., by and through his parents and<br>next friends, Mr. and Mrs. C.H.<br>    PLAINTIFFS,<br>    V. | :<br>:<br>: | CIVIL ACTION NO.<br>3:02CV252 (SRU) |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, ET. AL.<br>    DEFENDANTS. | :<br>: | APRIL 29, 2004 |

**UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

The parties have agreed that the Scheduling Order in this matter should be modified

such that all discovery will be completed by June 15, 2004 and all dispositive motions will be

filed by July 1, 2004.  In support of this motion the plaintiffs represent the following:

1.  On  February 26, 2004 the Court entered an Order establishing the following
schedule:

- Completion of all discovery by May 1, 2004
- Filing of dispositive motions by May 20, 2004
- Filing of Joint Trial Memorandum by June 1, 2004

2.  The parties have been working diligently to complete discovery within the time

stablished by the existing Scheduling Order, but have been unable to comply with that Order

or several reasons.

3.  Defendants, for example, commenced the deposition of plaintiff L.H. on April 27,

Motion Granted.
Discovery cutoff date  June 15, 2004
Dispositive Motions due by  July 1, 2004
SO ORDERED
5/4/04

Stefan R. Underhill, U.S.D.J.

2004 MAY -4  A 11: 3
U.S. DISTRICT COURT
BRIDGEPORT, CONN