UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| B.H., by and through his parents ) | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., ) | 3:02CV00252(SRU) |
|             Plaintiffs ) | |
|   v. ) | |
| ) | |
| SOUTHINGTON BOARD OF EDUCATION, ) | |
| ET AL, ) | |
|             Defendants ) | May 18, 2004 |

## OBJECTION TO PLAINTIFFS' MOTION IN LIMINE

The defendants in the above captioned matter object to the plaintiffs' April 21, 2004 motion in limine to preclude defendants from using the opinions of expert witnesses. In support of this motion, the defendants represent the following:

1. The Court held a Status Conference on February 23, 2004.

2. Defendants' counsel indicated during the status conference that they intended to disclose two expert witnesses.

3. The deadline for disclosing experts was on or about April 2003; however, several extensions of time were filed in this case by the parties and a stay was issued in this case which held scheduling deadlines in abeyance until on or about January 28, 2004.

4. Plaintiffs' counsel opposed defendants' disclosure of expert witnesses in February 2004 and subsequently in their memorandum in opposition to defendants' motion for extension

of time *nunc pro tunc* because defendants failed to make a disclosure by September 25, 2003 as requested by the Court's July 17, 2003 Endorsement Order.

    5. On April 5, 2004, the Court approved defendants' disclosure of expert witnesses out of time provided the expert disclosures are made in compliance with Federal Rules of Civil Procedure. [Doc. 105] No specific date was ordered by this court for the compliance.

    6. The experts disclosed by the defendants on May 18, 2004 have been service providers to the minor-plaintiff, B.H., and, upon information and belief, the reports of these disclosed experts have previously been provided to the plaintiffs at the time such reports were written. See Exhibits C and D of Supplemental Disclosure of Experts dated May 18, 2004, attached hereto.

    7. Plaintiff, Mr. C.H., provided documents to the undersigned counsel at his deposition on April 21, 2004. The reports of the defendants' proposed experts were included in the documents that were brought to the deposition of the plaintiff, Mr. C.H.

    8. The defendants have made a timely and adequate disclosure of their experts in accordance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

    9. The plaintiffs are not prejudiced by the timing of the defendants' disclosure of experts. Indeed, the parties agreed to extend the deadline for discovery and this Court granted the parties' request on or about May 1, 2004. Furthermore, plaintiffs' counsel has been well aware of the opinions of these experts but has made a concerted decision not to depose these individuals beforehand.

WHEREFORE, defendants respectfully request that the plaintiffs' motion in limine be denied since the defendants have made a timely and adequate disclosure of experts in accordance with Rule 26(a)(2)(B).

                          DEFENDANTS – SOUTHINGTON BOARD OF
                          EDUCATION, ET AL

By /s/ Nicole Bernabo
     Nicole A. Bernabo (ct19783)
     Sullivan, Schoen, Campane & Connon
     646 Prospect Avenue
     Hartford, CT 06105
     Tel: (860) 233-2141
     Fax: (860)-233-0516
     Email: nbernabo@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing Objection was mailed on the 18th day of May, 2004, via first class mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002.

_____
Nicole A. Bernabo