UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | : | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | : | 3:02CV00252 (SRU) |
|     Plaintiffs | : | |
|     v. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, et al. | : | |
|     Defendants. | : | MAY 27, 2004 |

**<u>NOTICE OF MANUAL FILING</u>**

The plaintiffs hereby provide notice of the manual filing of Attachment A and Attachment B to their Reply to Objection to Plaintiffs' Motion in Limine filed this date. These documents have not been filed electronically because they could not be converted to an electronic format.

                                              PLAINTIFFS,

                                              By /s/ *David C. Shaw*
                                              David C. Shaw, Esq.   Fed. Bar No. ct05239
                                              34 Jerome Ave., Suite 210
                                              Bloomfield, CT 06002
                                              Tel. (860) 242-1238
                                              Fax. (860) 242-1507
                                              Email: dcshaw@cttel.net

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid on May 27, 2004:

Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

Thomas M. Fiorentino, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

                                                                  /s/ *David C. Shaw*
                                                                   David C. Shaw