UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents<br>and next friends, Mr. and Mrs. C.H., | )<br>)<br>) | CIVIL ACTION NO.<br>3:02CV00252(SRU) |
| **Plaintiffs** | ) | |
| v. | )<br>) | |
| SOUTHINGTON BOARD OF EDUCATION,<br>FRANCES HAAG, INDIVIDUALLY,<br>ANTHONY D'ANGELO, INDIVIDUALLY, | )<br>)<br>) | |
| Defendant | ) | JUNE 3, 2004 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The plaintiffs and defendants stipulate and agree that the Scheduling Order in this matter should be modified such that all discovery will be completed and dispositive motions will be filed no later than August 15, 2004. In support of this Motion the parties represent that the Court entered an Order on May 4, 2004 granting an enlargement of time for completion of discovery. The current deadline for discovery is June 15, 2004, and the deadline for filing dispositive motions is July 1, 2004. The parties respectfully request that these deadlines by extended by a total of sixty (60) days, up to and including August 15, 2004.

**Neither Oral Argument nor
Testimony is required.**

The parties therefore respectfully request that the Court enter the following Scheduling Order:

**Discovery deadline: July 15, 2004**

**Dispositive motions filed on or before: August 15, 2004**

This is the parties' third request for a modification of the Scheduling deadlines in this case with respect to discovery and the filing of dispositive motions. The parties are diligently discussing settlement of this case which is the reason for this request for enlargement of certain deadlines.

The undersigned counsel has contacted counsel for the plaintiffs (David C. Shaw, Esq.) indicates that he has no objection to the granting of this motion for modification of the Scheduling Order and indeed, this motion is filed jointly.

> DEFENDANTS - SOUTHINGTON
> BOARD OF EDUCATION, FRANCES
> HAAG, and ANTHONY D'ANGELO
>
> By /s/ Nicole A. Bernabo
> Nicole A. Bernabo (ct19783)
> Sullivan, Schoen, Campane & Connon
> 646 Prospect Avenue
> Hartford, CT 06105
> Tel: (860) 233-2141
> Fax: (860)-233-0516
> Email: nbernabo@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on the 3rd day of June, 2004, via U. S. Mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002, and Nyle K. Davey, Esq., Assistant Attorney General, State of Connecticut, P.O. Box 120, Hartford, CT 06141.

*[signature]*
Nicole A. Bernabo