UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and next friends, Mr. and Mrs. C.H., | ) ) | CIVIL ACTION NO. 3:02CV00252(SRU) |
| Plaintiffs | ) | |
| v. | ) ) | |
| SOUTHINGTON BOARD OF EDUCATION, ET AL, | ) ) | |
| Defendants | ) | JUNE 16, 2004 |

### NOTICE OF OFFER OF JUDGMENT

The defendants hereby give notice that on June 16, 2004, they mailed to the plaintiffs an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

DEFENDANTS – SOUTHINGTON BOARD OF EDUCATION, ET AL

By *[signature]*
Nicole A. Bernabo (ct19783)
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105
Tel: (860) 233-2141
Fax: (860)-233-0516
Email: nbernabo@sscc-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Notice of Offer of Judgment was mailed via certified mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002 on this 16th day of June, 2004.

_____
Nicole A. Bernabo

2

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO  62326