UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | ) | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | ) | 3:02CV00252(SRU) |
| | ) | |
| **Plaintiffs** | ) | |
| v. | ) | |
| | ) | |
| SOUTHINGTON BOARD OF EDUCATION, | ) | |
| FRANCES HAAG, INDIVIDUALLY, | ) | |
| ANTHONY D'ANGELO, INDIVIDUALLY, | ) | |
| Defendant | ) | JULY 14, 2004 |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

The plaintiffs and defendants stipulate and agree that the Scheduling Order in this matter should be modified such that all discovery will be completed and dispositive motions will be filed no later than September 15, 2004. In support of this Motion the parties represent that the Court entered an Order on June 9, 2004 granting an enlargement of time for completion of discovery. The current deadline for discovery is July 15, 2004, and the deadline for filing dispositive motions is August 15, 2004. The parties respectfully request that these deadlines by extended by a total of sixty (60) days, up to and including September 15, 2004.

**Neither Oral Argument nor
Testimony is required.**

The parties therefore respectfully request that the Court enter the following Scheduling Order:

**Discovery deadline: August 15, 2004**

**Dispositive motions filed on or before: September 15, 2004**

This is the parties' fourth request for a modification of the Scheduling deadlines in this case with respect to discovery and the filing of dispositive motions. Depositions of three experts defendants have identified, defendants' deposition of plaintiff's expert, the completion of the deposition of the independent consultant, and the parties are the reasons for this request for enlargement of certain deadlines.

The undersigned counsel has contacted counsel for the plaintiffs (David C. Shaw, Esq.) indicates that he has no objection to the granting of this motion for modification of the Scheduling Order and indeed, this motion is filed jointly.

                          DEFENDANTS - SOUTHINGTON
                          BOARD OF EDUCATION, FRANCES
                          HAAG, and ANTHONY D'ANGELO

                          By _____
                          Nicole A. Bernabo (ct19783)
                          Sullivan, Schoen, Campane & Connon
                          646 Prospect Avenue
                          Hartford, CT 06105
                          Tel: (860) 233-2141
                          Fax: (860)-233-0516
                          Email: nbernabo@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on the 14th day of July, 2004, via U. S. Mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002, and Nyle K. Davey, Esq., Assistant Attorney General, State of Connecticut, P.O. Box 120, Hartford, CT 06141.

_____
Nicole A. Bernabo