UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | ) | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | ) | 3:02CV00252(SRU) |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| SOUTHINGTON BOARD OF EDUCATION, ET AL, | ) ) | |
| Defendants | ) | JULY 14, 2004 |

## DEFENDANT'S REQUEST FOR LEAVE TO AMEND ANSWER

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the defendants Southington Board of Education, Frances Haag and Anthony D'Angelo hereby request leave of this court to amend its answer. Specifically, the defendant requests leave to amend its answer so as to include certain affirmative defenses (estoppel, waiver, statute of limitations, exhaustion of administrative remedies, etc.) that were omitted from the defendant's original answer by inadvertence. The defendant's amended answer with affirmative defenses is attached hereto.

**ORAL ARGUMENT NOT REQUEST**
**TESTIMONY NOT REQUIRED**

This court entered its ruling on the plaintiffs' motion for reconsideration on or about January 2004. Thereafter, the defendant filed its original answer on or about February 28, 2004. Since the nature of the amendments is limited; the fact that the parties are filing herewith a request for modification of the scheduling order to conclude discovery on or before August 15, 2004; and the fact that leave to amend should be freely granted; *see* Fed. R. Civ. Pro. 15(a); the defendants respectfully requests that leave to amend its answer be granted.

DEFENDANTS – SOUTHINGTON BOARD OF EDUCATION

By _____
Nicole A. Bernabo (ct19783)
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105
(860) 233-2141

## **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing has been mailed via U. S. Mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002, ON THIS 14TH DAY OF July 2004.

_____
Nicole A. Bernabo