UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and | : | CIVIL ACTION NO. |
| next friends, Mr. and Mrs. C.H. | : | 3:02CV252 (SRU) |
| PLAINTIFFS, | : | |
| V. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, ET. AL. | : | |
| DEFENDANTS. | : | JULY 22, 2004 |

## MOTION FOR RECONSIDERATION AND
## MODIFICATION OF ENDORSEMENT ORDER

The plaintiffs move for reconsideration and modification of the Court's Endorsement

Order dated July 20, 2004 [Doc. # 117] insofar as it authorized defendants to file an Amended

Answer and Affirmative Defenses to the Second Amended Complaint [Doc. # 116].  In support

of this motion the plaintiffs represent the following:

1.  On November 12, 2002 the plaintiffs filed a motion to amend the complaint by filing

the Second Amended Complaint.  [Doc. # 51].  A supporting memorandum was also submitted.

 [Doc. # 52.]

2.  On July 30, 2003 the Court entered an Endorsement Order denying the Motion to

Amend and denied plaintiffs permission to file the Second Amended Complaint.

3.  On at least two occasions during recent depositions Attorney Bernabo sought to

question witnesses about the Second Amended Complaint.  On each occasion the undersigned informed counsel that questioning based on the Second Amended Complaint was inappropriate in light of the Court's Endorsement Order dated July 30, 2003.

4.  Nonetheless, on July 15, 2004 the local defendants moved to Amend their Answer to the Second Amended Complaint.  [Doc. # 116.]

5.  On July 20, 2004 the Court entered an Endorsement Order granting the Motion to Amend.  [Doc. # 117].

6.  The Endorsement Order granting the Motion to Amend was entered before plaintiffs had a reasonable opportunity to object or otherwise respond.

7.  The Motion to Amend should not have been granted and permission to file the Amended Answer and Affirmative defenses to the Second Amended Complaint should not have been granted in light of the fact that there are no documents entitled "Second Amended Complaint" or  "Answer to Second Amended Complaint" on the docket or in the record of this lawsuit.

8.  Rule 9(e) of the Local Rules of the United States District Court permits the filing of Motions for Reconsideration if the Court has overlooked matters that might alter the outcome or controlling decisions in entering its Endorsement Order.

9.  Here, defendants have filed an Answer to a version of the complaint that does not

appear on the docket.  As these are facts that would have altered the Court's decision to permit defendants to file their Amended Answer to the Second Amended Complaint, the Court should reconsider its Endorsement Order.

10.  The Court should therefore reconsider its Endorsement Order dated July 20, 2004 and enter an order prohibiting defendants from filing their Amended Answer and Affirmative Defenses to the Second Amended Complaint.

11.  In the alternative the Court should consider defendants' filing of their Answer to the Second Amended Complaint [Doc. #100] and Amended Answer and Affirmative Defenses to the Second Amended Complaint as "written consent of an adverse party" under Rule 15(a), Fed. R. Civ. P., and enter an order authorizing the plaintiffs to file the Second Amended Complaint and authorizing defendants to file their Amended Answer and Affirmative Defenses to the Second Amended Complaint.

WHEREFORE, the Court should Reconsider its Endorsement Order dated July 20, 2004 insofar as it authorizes defendants to file its Amended Answer and Affirmative Defenses to the Second Amended Complaint and either enter an order denying defendants permission to file its Amended Answer or, in the alternative, that the Court treat the filing of the Amended Answer as defendants' written consent under Rule 15(a), Fed. R. Civ. P., and enter an order authorizing the filing of the Second Amended Complaint <u>and</u> the filing of the Amended Answer and

Affirmative Defenses to the Second Amended Complaint.

By _/s/ *David C. Shaw*
David C. Shaw, Esq.
34 Jerome Avenue, Suite 210
Bloomfield, CT  06002
Tel. (860) 242-1238
Fax (860) 242-1507
Fed. Bar. No. CT 05239
Email   dcshaw@cttel.net

## <u>CERITIFICATION</u>

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on July 22, 2004:


Nicole A. Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105


/s/ *David C. Shaw*
David C. Shaw, Esq.