FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUL 23  P 1: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| B.H., by and through his parents | : | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | : | 3:02CV00252 (SRU) |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, et al.: | | |
| Defendants. | : | JULY 22, 2004 |

### NOTICE OF MANUAL FILING

The plaintiffs hereby provide notice of the manual filing of Exhibit A to their Memorandum in Support of Motion for Reconsideration and Modification of Endorsement Order filed this date. This document has not been filed electronically because it could not be converted to an electronic format.

PLAINTIFFS,

By _____
David C. Shaw, Esq.   Fed. Bar No. ct05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Email: dcshaw@cttel.net



```
 2
 3
 4
 5   ------------------------------------x
     B.H., by and through his parents    : CIVIL ACTION NO.
 6   and next friends, Mr. and Mrs. C.H. : 3:02CV00252(SRU)
                                         :
 7   VS.                                 :
                                         :
 8   SOUTHINGTON BOARD OF EDUCATION, ET AL.:
     ------------------------------------x
 9
10
11
12
             DEPOSITION OF:  CHRISTOPHER HARTMAN
13           DATE:  APRIL 21, 2004
             HELD AT:  SULLIVAN, SCHOEN,
14                     CAMPANE & CONNON, LLC
                       646 PROSPECT AVENUE
15                     HARTFORD, CONNECTICUT
16
17
18
19
20
21
22
23
          Reporter:  MARY Z. ARMANDO, LSR # 00222
24                   BRANDON SMITH REPORTING SERVICE
                          44 Capitol Avenue
25                   Hartford, Connecticut  06106
                          (860) 549-1850
```

Brandon Smith Reporting

431ae15c-cc4b-4fbe-ab45-6b70bd47dfb7

Page 81

1   was during the 2001/2002 school year? You can't say

2   whether or not she was involved or whether she wasn't --

3   whether she was involved or whether she wasn't involved

4   during the year 2001?

5        A.   I can't give you an accurate time line, no.

6        Q.   So as you sit here today, you can't recall

7   when Eileen Luddy --

8        A.   Exact dates, no.

9        Q.   Let me finish the question. You can't recall

10  when Eileen Luddy first became involved in Ben's

11  program?

12       A.   Not an exact date, no.

13       Q.   In your complaint you said very specifically

14  that Eileen Luddy was not hired at a time that you

15  believed she should have been hired to be the

16  independent consultant, upon what basis did you make

17  that allegation?

18       A.   As I sit here, I don't know the exact time

19  line, so I would have to look at the --

20       Q.   Well, let's see. This is your complaint.

21           MS. BERNABO: I would like to mark this as 6.

22  This is the second amended complaint dated

23  November 8, 2002.

24

25

Page 82

1    (Defendants' Exhibit 6, second amended complaint, marked
2    for identification.)
3
4    BY MS. BERNABO:
5        Q.    I have turned the page specifically --
6              MR. SHAW:  I would just like to record an
7    objection to the use of this exhibit.  This
8    is not, I believe, an active complaint in
9    this case.  I object to questions using it.
10             MS. BERNABO:  Okay.
11   BY MS. BERNABO:
12       Q.    If you could look at paragraph 20, page 6 of
13   this complaint.
14       A.    I'm sorry, what was it?
15       Q.    Page 6, paragraph 20.
16       A.    Yep.
17       Q.    Although the Board agreed to hire the
18   independent consulting firm of Luddy & Associates to
19   coordinate the program, it has not hired staffing
20   necessary to enable B.H. to return to school.
21       A.    Okay, so what is the question?
22       Q.    What is the basis for -- actually, withdrawn.
23             Can you go to paragraph 14 on the previous
24   page 4.  Paragraph 14 beginning, A qualified consultant
25   was never hired to support the program.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid July 22, 2004:

Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

*David C. Shaw* (signature)

David C. Shaw