UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and | : | CIVIL ACTION NO. |
| next friends, Mr. and Mrs. C.H. | : | 3:02CV252 (SRU) |
| PLAINTIFFS, | : | |
| V. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, ET. AL. | : | |
| DEFENDANTS. | : | JULY 22, 2004 |

**MOTION TO SUPPLEMENT MOTION IN LIMINE
AND FOR AN EXPEDITED RULING**

The plaintiffs move for an expedited ruling on their Motion in Limine to Preclude Defendants from Using the Opinions of Defendants' Experts filed on April 30, 2004 [Doc. # 107]. In support of this Motion the plaintiffs represent the following:

1. The plaintiffs filed their Motion in Limine to preclude the defendants from proffering the opinions of their disclosed experts Phoebe Tucker and Anna Eddy on April 30, 2004 [Doc. # 107]. The basis for the Motion was that the defendants had up to that time failed to disclose the opinions those experts intended to offer and the bases for those opinions as required by Rule 26(a)(2)(B).

2. The defendants filed an Objection to the Motion in Limine on May 19, 2004 [Doc. #

110]. At the same time defendants disclosed Debra Dickson, R.P.T. as a third defendants' expert. Again, the opinions Ms. Dixon intended to offer at trial were not provided.

3. On July 1, 2004 the Court held a status conference by telephone to address outstanding discovery disputes. Defendants' counsel argued during that telephone conference that their three experts were not "retained or specially employed to provide expert testimony" within Rule 26(a)(2)(B) because 1) they were not being paid a fee for testifying in the case and 2) they were employed to provide services to B.H., not to provide expert testimony.

4. The Court indicated it would resolve the dispute by instructing defendants' counsel to disclose in a letter the opinions these three experts would provide so that their depositions could focus on those opinions.

5. The plaintiffs subsequently noticed the deposition of Anna Eddy for July 29, 2004 and the depositions of Phoebe Tucker and Debra Dixon for August 6, 2004 and August 4, 2004 respectively.

4. On July 15, 2004 Attorney Bernabo wrote a letter to plaintiffs' counsel indicating that Anna Eddy was being withdrawn as an expert witness. (Exhibit A.) The depositions of Phoebe Tucker and Debra Dixon were then rescheduled for July 27, 2004 and July 29, 2004 respectively. (Exhibits A and B.)

5. As of this date the plaintiffs have not received any disclosure of the opinions of Ms.

2

Tucker or Ms. Dixon in accordance with the Court's July 1, 2004 instructions.  This continued failure to disclose is prejudicial as it deprives counsel of the opportunity to prepare for the deposition and fully explore the bases for any opinions these experts intend to offer.

      6.  In addition to the arguments in support of the Motion in Limine contained in plaintiffs' previously submitted memoranda [Docs. ## 106 and 111], the Court should consider in connection with its disposition of the plaintiffs Motion in Limine that one of the defendants' experts (Anna Eddy) has now been withdrawn as an expert witness, and that no disclosure of opinions or bases for those opinions have been disclosed as to defendants' other two experts Tucker and Dixon despite the fact that over three weeks have passed since the Court instructed defendants' counsel to make such disclosure and that their depositions are scheduled for July 27, 2004 and July 29, 2004.

      7.  The plaintiffs request an expedited ruling on their Motion in Limine in light of the fact that the time within which to complete discovery is nearly over and defendants continue to refuse to disclose the opinions their two remaining experts.

      WHEREFORE, the plaintiffs request that the Court consider plaintiffs' Motion in Limine at the earliest practicable date, and that it enter an order precluding the use of opinion testimony from defendants' three disclosed experts in light of defendants' withdrawal of Anna Eddy as an expert and defendants' failure to disclose the opinions of their experts Tucker and

Dixon during the three-week period following the Court's instruction to counsel during the July 1, 2004 status conference.

                                        PLAINTIFFS,

                                        By /s/ *David C. Shaw*
                                        David C. Shaw, Esq.
                                        34 Jerome Avenue, Suite 210
                                        Bloomfield, CT  06002
                                        Tel. (860) 242-1238
                                        Fax (860) 242-1507
                                        Fed. Bar. No. CT 05239
                                        Email   dcshaw@cttel.net

## **CERITIFICATION**

  This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on July 22, 2004:

Nicole A. Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

              /s/ *David C. Shaw*
              David C. Shaw, Esq.