UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL 23 P 1:37
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

B.H., by and through his parents : CIVIL ACTION NO.
and next friends, Mr. and Mrs. C.H., : 3:02CV00252 (SRU)
        Plaintiffs :
  v. :
         :
SOUTHINGTON BOARD OF EDUCATION, et al.:
        Defendants. : JULY 22, 2004

## NOTICE OF MANUAL FILING

The plaintiffs hereby provide notice of the manual filing of Exhibits A and B to their Motion to Supplement Motion in Limine and for an Expedited Ruling filed this date. These documents have not been filed electronically because they could not be converted to an electronic format.

                         PLAINTIFFS,

                         By_____
                         David C. Shaw, Esq.   Fed. Bar No. ct05239
                         34 Jerome Ave., Suite 210
                         Bloomfield, CT 06002
                         Tel. (860) 242-1238
                         Fax. (860) 242-1507
                         Email: dcshaw@cttel.net

LAW OFFICES
# SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC

646 PROSPECT AVENUE

HARTFORD, CONNECTICUT 06105-4286

Ex A

Nicole A. Bernabo*
Lawrence J. Campane
William R. Connon
Susan L. Gundersen**
Michael P. McKeon
Roseann G. Padula
Victor Schoen
Mark J. Sommaruga
Catherine M. Thompson

Thomas N. Sullivan
Robert J. Murphy
 Of Counsel

*Also admitted in New York
**Also admitted in Rhode Island and Massachusetts

(860) 233-2141

FACSIMILE • HARTFORD
(860) 233-0516

**Bethel Office**

24 Stony Hill Road, Suite 106
Bethel, CT 06801-1166
(203) 778-3600
Facsimile (203) 778-8877

Please reply to Hartford

July 15, 2004

David C. Shaw, Esq.
34 Jerome Avenue, Suite 210
Bloomfield, CT 06002

*Via facsimile and
first class mail*

Re:   **B. H. (Ben Hartman) v. Southington Board of Education**

Dear Dave:

Please renotice the subpoena duces tecum and notice of deposition for Phoebe Tucker, as indicated in my letter to you of yesterday. She is available for her deposition on Tuesday, July 27, 2004.

The Board is also withdrawing Ms. Anna Eddy as an identified expert in this matter. I will be refiling a revised pleading with the court in this regard.

To date, I have not connected with Ms. Dickson regarding her deposition. As soon as I hear from her, I will let you know her availability. I have proposed the date of July 29.

Very truly yours,

Nicole A. Bernabo

copy:  Ms. Frances Haag/Ms. MaryBeth Noto

# LAW OFFICES
## SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC
646 PROSPECT AVENUE
HARTFORD, CONNECTICUT 06105-4286
(860) 233-2141

FACSIMILE – HARTFORD
(860) 233-0516

Nicole A. Bernabo*
Lawrence J. Campane
William R. Connon
Susan L. Gundersen**
Michael P. McKeon
Roseann G. Padula
Victor Schoen
Mark J. Sommaruga
Catherine M. Thompson

Thomas N. Sullivan
Robert J. Murphy
  Of Counsel

**Bethel Office**

24 Stony Hill Road, Suite 106
Bethel, CT 06801-1166
(203) 778-3600
Facsimile (203) 778-8677

Please reply to Hartford

## FACSIMILE TRANSMISSION

*Also admitted in New York
**Also admitted in Rhode Island and Massachusetts

July 15, 2004

TO:    David C. Shaw, Esq.           242-1507

COPY:  Fran Haag/MaryBeth Noto       860 628-3332

FROM:  Nicole Bernabo

RE:    **B.H. v. Southington Board of Education**

NO. OF PAGES ____2____ (including this cover sheet)

REMARKS: _____

_____

_____

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (CALL COLLECT) AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.

PLEASE CALL US IMMEDIATELY IF THIS TRANSMISSION IS INCOMPLETE OR ILLEGIBLE.

WE WILL REIMBURSE ANY MAILING EXPENSE YOU MAY INCUR.

LAW OFFICES

## SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC

646 PROSPECT AVENUE

HARTFORD, CONNECTICUT 06105-4286

(860) 233-2141

FACSIMILE - HARTFORD

(860) 233-0516

Ex B

Nicole A. Bernabo*
Lawrence J. Campane
William R. Connon
Susan L. Gundersen**
Michael P. McKeon
Roseann G. Padula
Victor Schoen
Mark J. Sommaruga
Catharine M. Thompson

Thomas N. Sullivan
Robert J. Murphy
 Of Counsel

*Also admitted in New York
**Also admitted in Rhode Island and Massachusetts

**Bethel Office**

24 Stony Hill Road, Suite 106
Bethel, CT 06801-1166
(203) 778-3600
Facsimile (203) 778-8877

Please reply to Hartford

July 16, 2004

David C. Shaw, Esq.
34 Jerome Avenue, Suite 210
Bloomfield, CT 06002

*Via facsimile and
first class mail*

Re: **B. H. (Ben Hartman) v. Southington Board of Education**

Dear Dave:

In response to your request that I accept service of the subpoenas of Phoebe Tucker and Debra Dickson, I accept service subject to our agreement that you will renotice the depositions during a time that each of these individuals are available.

It has been relayed to me that Debra Dickson is available on July 29 from 1:00 to 4:00 p.m. I propose that you begin her deposition on July 29 during this timeframe and continue it to another day before the August 15 deadline.

To date, I have not received your timesheets as requested on numerous occasions. Again, I am requesting that you update your discovery responses immediately. Please deliver such documentation to me no later than July 31, 2004.

Please be advised that I am leaving the office midafternoon today and will be unavailable until Monday, July 26. I am hopeful that any issues regarding the scheduling of depositions and other matters concerning this case may be held off until I return. Thank you for your anticipated cooperation.

Very truly yours,

Nicole A. Bernabo

copy: Frances Haag, Senior Coordinator

LAW OFFICES
# SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC
646 PROSPECT AVENUE
HARTFORD, CONNECTICUT 06105-4286
(860) 233-2141

FACSIMILE – HARTFORD
(860) 233-0516

Nicole A. Bernabo*
Lawrence J. Campane
William R. Connon
Susan L. Gundersen**
Michael P. McKeon
Roseann G. Padula
Victor Schoen
Mark J. Sommaruga
Catherine M. Thompson

Thomas N. Sullivan
Robert J. Murphy
  Of Counsel

**Bethel Office**

24 Stony Hill Road, Suite 106
Bethel, CT 06801-1166
(203) 778-3600
Facsimile (203) 778-8877

Please reply to Hartford

## FACSIMILE TRANSMISSION

*Also admitted in New York
**Also admitted in Rhode Island and Massachusetts

July 16, 2004

TO:     David C. Shaw, Esq.          242-1507

COPY:   Fran Haag/MaryBeth Noto      860 628-3332

FROM:   Nicole Bernabo

RE:     B.H. v. Southington Board of Education

NO. OF PAGES ____2____ (including this cover sheet)

REMARKS: _____

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (CALL COLLECT) AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.

PLEASE CALL US IMMEDIATELY IF THIS TRANSMISSION IS INCOMPLETE OR ILLEGIBLE.

WE WILL REIMBURSE ANY MAILING EXPENSE YOU MAY INCUR.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid July 22, 2004:

Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

_____
David C. Shaw