FILED

2004 JUL 28  A 11: 52

U. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | ) | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | ) | 3:02CV00252(SRU) |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| SOUTHINGTON BOARD OF EDUCATION, | ) | |
| ET AL, | ) | |
| Defendants | ) | July 26, 2004 |

### SUPPLEMENTAL OBJECTION TO PLAINTIFFS' MOTION IN LIMINE

The defendants in the above captioned matter file herewith a supplemental objection to

the plaintiffs' July 22, 2004 supplemental motion in limine to preclude defendants from using the

opinions of expert witnesses and/or reconsideration of its ruling if unfavorable to defendants

because the undersigned counsel was been out of state while plaintiffs' counsel filed the

supplement to their motion. See ¶10, *infra*.  In support of this supplemental objection, the

defendants represent the following:

1.  The Court held a Status Conference on February 23, 2004 and on July 1, 2004 to

discuss, inter alia, the defendants' disclosure of expert witnesses.

2.  On April 5, 2004, the Court approved the defendants' disclosure of expert witnesses

out of time provided the expert disclosures are made in compliance with Federal Rules of Civil

Procedure. [Doc. 105]  No specific date was ordered by this court for the compliance.

3. Defendants' counsel indicated during the status conference that they intended to disclose two expert witnesses and in fact, disclosed such experts on April 30, 2004. A third expert was disclosed on or about May 19, 2004 which was inadvertently omitted in the previous disclosure. However, the defendants withdrew the name of one expert witness -- Anna Eddy -- in the supplemental disclosure filed on or about May 18, 2004. See Exhibit A (attached). Such supplemental disclosure is consistent with Rule 26(a)(2)(c) of the Federal Rules of Civil Procedure.

4. The experts disclosed by the defendants in April and May 2004 have been service providers to the minor-plaintiff, B.H., and any and all reports of these disclosed experts have previously been provided to the plaintiffs at the time such reports were written. A summary of the opinions of each of these experts are contained in such reports. See Exhibit A, ¶B; Exhibit B, attached hereto.

5. In addition, Plaintiff, Mr. C.H., provided documents to the undersigned counsel at his deposition on April 21, 2004. The reports of the defendants' proposed experts were included in the documents that were brought to the deposition of the plaintiff, Mr. C.H. The defendant Board made copies of all documents produced by Mr. C.H. and provided copies to plaintiffs' counsel at defendant Board's expense.

6. The defendants have made a timely and adequate disclosure of their experts in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

7. The plaintiffs' counsel is requesting a much larger "report" pursuant to Rule 26(a)(2) which is not required by the plaintiffs; nor has such a specific order been issued by the Court that a comprehensive report be authored by such experts. The previous disclosures indicated that such experts would be discussing the appropriateness of educational program and services as it related to the services provided by the respective experts, and the previous disclosures also referenced reports of the service providers that are in plaintiffs' possession. See Exhibit A, ¶B(1) and (2).

8. The plaintiffs are not prejudiced by the timing of the defendants' disclosure of experts. Indeed, the plaintiffs have received continuous progress reports from these experts and have spoken directly with the service providers. The plaintiffs are well aware of the opinions of these experts concerning the educational program of the student as it relates to the services that have been provided by these experts.

9. Furthermore, the parties agreed to extend the deadline for discovery and this Court granted the parties' request on or about July 22, 2004. Defendants disclosed these experts more than three months ago and the plaintiffs' counsel has made a concerted decision not to depose these individuals since the disclosure.

10. Plaintiffs' counsel was aware that the undersigned counsel was out of state during the week of July 19, 2004 and requested an expedited ruling on July 22, 2004 while the undersigned counsel was out of state. See Exhibit B, ¶4, attached to Plaintiff's Notice of Manual Filing dated

July 22, 2004. To the extent that this Court issued a ruling on this motion, the defendants

respectfully request reconsideration.


WHEREFORE, defendants respectfully request that the plaintiffs' motion in limine be denied

since the defendants have made a timely and adequate disclosure of experts in accordance with

Rule 26(a)(2)(B).

> DEFENDANTS – SOUTHINGTON BOARD OF
> EDUCATION, ET AL
>
>
> By _____
> Nicole A. Bernabo (ct19783)
> Sullivan, Schoen, Campane & Connon
> 646 Prospect Avenue
> Hartford, CT 06105
> Tel: (860) 233-2141
> Fax: (860)-233-0516
> Email: nbernabo@sscc-law.com

# CERTIFICATION

This is to certify that a copy of the foregoing Supplemental Objection was mailed on the

26th day of July, 2004, via first class mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome

Avenue, Suite 210, Bloomfield, CT 06002.


Nicole A. Bernabo



EXHIBIT

A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| B.H., by and through his parents<br>and next friends, Mr. and Mrs. C.H.,<br>                    Plaintiffs<br>    v.<br><br>SOUTHINGTON BOARD OF EDUCATION,<br>ET AL,<br>                    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br> 3:02CV00252(SRU)<br><br><br><br><br><br><br>May 18, 2004 |

## SUPPLEMENTAL DISCLOSURE OF EXPERTS

The defendants hereby supplement their February 25, 2004 disclosure of experts in accordance with the February 2004 scheduling conference, and the subsequent, amended Scheduling Order which was agreed to by the parties.

**A. Disclosure of Experts**

The defendants hereby give notice that they may call as expert witnesses at trial:

Phoebe Tucker, 45 Honey Bee Lane, Shelton, Connecticut 06484, (203) 929-6455. See curriculum vitae, attached as Exhibit A.

and

Debra L. Dickson, R.P.T., 133 Music Vale Road, Salem, Connecticut 06420, (860) 859-2921. See curriculum vitae, attached as Exhibit B.

The defendants further reserve the right to call at trial those individuals disclosed by the plaintiffs as experts on or about July 2003.

**B. Expected Testimony of Experts**

    1. Ms. Phoebe Tucker is B.H.'s speech and language pathologist. Ms. Tucker delivers speech/language services and augmentative/alternative communications services to B.H. and has been providing such services to B.H. since on or about July 2000. She will testify regarding B.H.'s program and his progress on his individual educational program goals and objectives, including any evaluations that she had conducted. See signed reports of Ms. Phoebe Tucker, attached as Exhibit C.

    2. Ms. Dickson is B.H.'s physical therapist. Ms. Dickson will testify regarding B.H.'s educational program and the services that she has provided to B.H. since on or about March 2002, including any evaluations that she has conducted. See signed reports of Ms. Dickson, attached as Exhibit D.

2

The defendants reserve the right to update this disclosure prior to trial consistent with Rule 26(a)(2)(c) of the Federal Rules of Civil Procedure.

THE DEFENDANTS,

By _____
Nicole A. Bernabo
Federal Bar No. ct19783
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut  06105-4286
Telephone:  (860) 233-2141
Facsimile:  (860) 233-0516
E-Mail:  nbernabo@sscc-law.com

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing Supplemental Disclosure of Experts was mailed via first class mail, postage prepaid, to: David C. Shaw, 34 Jerome Avenue, Ste. 210, Bloomfield, CT 06002, on this 18th day of May, 2004.

_Nicole A. Bernabo_
Nicole A. Bernabo

4

EXHIBIT

B

ALL-STATE LEGAL

LAW OFFICES

# SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC

646 PROSPECT AVENUE

HARTFORD, CONNECTICUT 06105-4286

Nicole A. Bernabo*
Lawrence J. Campane
William R. Connon
Susan L. Gundersen**
Michael P. McKeon
Roseann G. Padula
Victor Schoen
Mark J. Sommaruga
Catherine M. Thompson

Thomas N. Sullivan
Robert J. Murphy
 Of Counsel

*Also admitted in New York
**Also admitted in Rhode Island and Massachusetts

(860) 233-2141

FACSIMILE - HARTFORD
(860) 233-0516

*Bethel Office*

*24 Stony Hill Road, Suite 106*
*Bethel, CT 06801-1166*
*(203) 778-3600*
*Facsimile (203) 778-8877*

*Please reply to Hartford*

July 26, 2004

David C. Shaw, Esq.
34 Jerome Avenue, Suite 210
Bloomfield, CT 06002

*Via facsimile and*
*first class mail*

Re:   **B. H. (Ben Hartman) v. Southington Board of Education**

Dear Dave:

As stated in my expert disclosures, both Deborah Dickson and Phoebe Tucker will be speaking as to the appropriateness of Ben Hartman's educational program as it relates to the services they have provided to the student and school staff. You have stated to me that the family has received all of their progress reports and evaluation reports relating to the timeframe of this litigation.

The Board objects to your request for costs if an additional day for the deposition of Deborah Dickson is necessary. As you know, I have been out of state and unavailable to discuss this matter. This morning I have left a message with Ms. Dickson. As soon as I connect with her to further discuss her schedule, I will let you know if she is available for a full day before August 15. In the meantime, I will leave it to you as to whether you wish to go forward with Ms. Dickson's deposition on Thursday, July 29, 2004 commencing at 1:00 p.m.

Very truly yours,

Nicole A. Bernabo

copy: Ms. Frances Haag/Ms. MaryBeth Noto