UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


| | | |
|---|---|---|
| B.H., by and through his parents and | : | CIVIL ACTION NO. |
| next friends, Mr. and Mrs. C.H. | : | 3:02CV252 (SRU) |
| PLAINTIFFS, | : | |
| V. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, ET. AL. | : | |
| DEFENDANTS. | : | AUGUST 9, 2004 |


## MOTION FOR ENLARGEMENT OF TIME

The plaintiffs move for a fifteen day enlargement of the discovery deadline for the limited purpose of conducting the deposition of defendant Anthony D'Angelo. In support of this motion the plaintiffs represent the following:

1. On August 2, 2004 the deposition of the defendant Anthony D'Angelo was noticed for August 13, 2004, a date that had been reserved for depositions in this case by agreement of counsel.

2. On July 28, 2004, Attorney Bernabo informed plaintiffs' counsel that she had scheduled other matters on August 13, 2004 and therefore was not available to go forward with Mr. D'Angelo's deposition on that date.

3. Plaintiffs' counsel agreed as a courtesy to postpone the deposition of Mr. D'Angelo by fifteen days provided the court agreed to an extension of its discovery deadline in light of its Endorsement Order dated July 20, 2004 that the discovery deadline of August 15, 2004 would not again be extended.

4.  The fifteen day extension was agreed upon in light of plaintiffs' counsel's vacation scheduled for the week beginning August 16, 2004.

5.  Opposing counsel agrees to this limited extension of the discovery deadline.

WHEREFORE, plaintiffs request that the deadline for completing discovery be extended for fifteen days for the limited purpose of taking the deposition of the defendant Anthony D'Angelo.


PLAINTIFFS


By   /s/ *David C. Shaw*
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel.: (860) 242-1238
Fax.: (860) 242-1507
Fed. Bar No. ct 05239
Email:  dcshaw@cttel.net

2

## <u>CERITIFICATION</u>

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on August 9, 2004:

Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

Thomas Fiorentino, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

___/s/ *David C. Shaw*_____
David C. Shaw, Esq.