UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | ) | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | ) | 3:02CV00252(SRU) |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| SOUTHINGTON BOARD OF EDUCATION, | ) | |
| FRANCES HAAG, INDIVIDUALLY, | ) | |
| ANTHONY D'ANGELO, INDIVIDUALLY, | ) | |
| Defendant | ) | AUGUST 12, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

The defendants move to modify the Scheduling Order in the above matter such that all discovery will be completed no later than August 30, 2004 and that dispositive motions will be filed no later than October 15, 2004. In support of this Motion the parties represent that the Court entered an Order on June 9, 2004, and on July 20, 2004 granting an enlargement of time for completion of discovery and for the filing of dispositive motions. The defendants request this extension due to scheduling issues concerning the filing of a State Department of Education due process hearing by the plaintiffs, and due to the press of other legal business. See also plaitiffs' August 9, 2004 Motion for enlargement of time. The current deadline for discovery is August 15, 2004, and the deadline for filing dispositive motions is September 15,

2004. The defendants respectfully request that these deadlines by extended by a total of sixty (60) days, up to and including October 15 2004 as follows:

**Discovery deadline: August 30, 2004.**

**Filing of dispositive motions: October 15, 2004**

The undersigned counsel has contacted counsel for the plaintiffs (David C. Shaw, Esq.) indicates that he has no objection to the granting of this motion for modification of the Scheduling Order and indeed, the plaintiffs have filed a separate motion for enlargement.

<div style="margin-left:50%">
DEFENDANTS - SOUTHINGTON
BOARD OF EDUCATION, FRANCES
HAAG, and ANTHONY D'ANGELO

By [signature]
Nicole A. Bernabo (ct19783)
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105
Tel: (860) 233-2141
Fax: (860)-233-0516
Email: nbernabo@sscc-law.com
</div>

## CERTIFICATION

This is to certify that a copy of the foregoing was hand-delivered on the 12th day of August, 2004, via U. S. Mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002, and Nyle K. Davey, Esq., Assistant Attorney General, State of Connecticut, P.O. Box 120, Hartford, CT 06141.

_____
Nicole A. Bernabo