UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| B.H., by and through his parents ) | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., ) | 3:02CV00252(SRU) |
|                  Plaintiffs  ) | |
| v. ) | |
|     ) | |
| SOUTHINGTON BOARD OF EDUCATION, ) | |
| ET AL, ) | |
|                  Defendants ) | August 13, 2004 |

**OBJECTION TO PLAINTIFFS' MOTION FOR RECONSIDERATION AND MODIFICATION OF ENDORSEMENT ORDER**

The defendants in the above captioned matter object to the plaintiffs' July 22, 2004 motion for reconsideration and modification of endorsement order. In support of this motion, the defendants have filed a Second Amended Answer, attached hereto, that responds directly to the plaintiffs' concern that the previous Amended Answer filed by the defendants on or about July 14, 2004 referenced their Second Amended Complaint, not their initial Amended Complaint filed on or about March 11, 2002. The defendants have modified their Amended Answer accordingly and therefore, there is no need for a modification of the Court's previous ruling endorsing the amendments to the defendants' Answer. See Court's Endorsement Order dated July 20, 2004 [Doc. #117.

WHEREFORE, defendants respectfully request that the plaintiffs' motion for reconsideration and modification of endorsement Order be denied as the issues raised by the

plaintiffs are now moot as a result of an amended filing by the defendants referencing the

plaintiffs' First Amended Complaint.

DEFENDANTS – SOUTHINGTON BOARD OF
EDUCATION, ET AL


By *[signature]*
Nicole A. Bernabo (ct19783)
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105
Tel: (860) 233-2141
Fax: (860)-233-0516
Email: nbernabo@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing Objection was mailed on the 13th day of August, 2004, via first class mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002.

_____
Nicole A. Bernabo