UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | ) | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | ) | 3:02CV00252(SRU) |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| SOUTHINGTON BOARD OF EDUCATION, | ) | |
| ET AL, | ) | |
| Defendants | ) | August 13, 2004 |

**DEFENDANT'S REQUEST FOR LEAVE TO AMEND ANSWER**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the defendants Southington Board of Education, Frances Haag and Anthony D'Angelo hereby request leave of this court to amend its answer in response to the plaintiffs' July 22, 2004 motion for reconsideration and modification of endorsement order. Specifically, the defendant requests leave to amend its answer so as to make reference to the First Amended Complaint filed on March 11, 2002, rather than the Second Amended Complaint filed on or about November 8,

**ORAL ARGUMENT NOT REQUEST**
    **TESTIMONY NOT REQUIRED**

2002. See plaintiffs' July 22, 2004 motion for reconsideration and modification of endorsement order. The defendant's amended answer with affirmative defenses is attached hereto.

This court entered its ruling on the plaintiffs' motion for reconsideration on or about January 2004. Thereafter, the defendant filed its original answer on or about February 28, 2004. This Amended Answer is filed in response to the plaintiffs' July 22, 2004 motion for reconsideration and modification of endorsement order. Since the nature of the amendments is limited; the fact that the Answer is not substantially changed at all from the previous Amended Answer filed on or about July 14, 2004; and the fact that leave to amend should be freely granted; *see* Fed. R. Civ. Pro. 15(a); the defendants respectfully requests that leave to amend its answer be granted.

          DEFENDANTS – SOUTHINGTON BOARD OF
                        EDUCATION

By_____
    Nicole A. Bernabo (ct19783)
    Sullivan, Schoen, Campane & Connon, LLC
    646 Prospect Avenue
    Hartford, CT 06105
    (860) 233-2141
    nbernabo@sscc-law.com

## C E R T I F I C A T I O N

This is to certify that a copy of the foregoing has been mailed via U. S. Mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002, on this 13TH day of August 2004.

_____
Nicole A. Bernabo