UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 18  A 11: 46

| | |
|---|---|
| B.H., by and through his parents and next friends, Mr. and Mrs. C.H.<br>　　　　　PLAINTIFFS,<br>　　V.<br><br>SOUTHINGTON BOARD OF EDUCATION, ET. AL.<br>　　　　　DEFENDANTS. | CIVIL ACTION NO.<br>3:02CV252 (SRU)<br><br><br><br><br>AUGUST 17, 2004 |

### RESPONSE TO DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

The plaintiffs have been contacted by Attorney Bernabo and have indicated to her that plaintiffs consent to defendants' Motion <u>provided</u> the only discovery completed during the expanded discovery deadline is the completion of the deposition of defendants' expert Debra Dixon (if necessary) and the taking of the deposition of the defendant Anthony D'Angelo. Plaintiffs object to the extent defendants' Motion seeks additional time to take other discovery.

PLAINTIFFS

By _[signature]_
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel.: (860) 242-1238
Fax.: (860) 242-1507
Fed. Bar No. ct 05239
Email: dcshaw@cttel.net

Case 3:02-cv-00252-SRU    Document 128    Filed 08/18/2004    Page 2 of 2

## **CERITIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on August 17, 2004:


Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

Thomas Fiorentino, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

_____
David C. Shaw, Esq.

2