UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | : | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | : | 3:02CV00252(SRU) |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, et al. | : | |
| Defendants. | : | September 21, 2004 |

## MOTION FOR DISCOVERY ORDER

The plaintiffs move for an order pursuant to Rules 26(b)(4)(C), Fed. R. Civ. P., that will require the Southington Board of Education defendants to pay the expert fee of plaintiffs' expert Ann Majure, Ph.D. incurred in connection with a deposition defendants' counsel took of her on August 12, 2004 to inquire into the opinions she held regarding the issues raised in this lawsuit. In support of this motion the plaintiffs represent the following:

1. On July 23, 2003 the plaintiffs properly disclosed Ann Majure, Ph.D. as an expert witness pursuant to Rule 26(a)(2), Fed. R. Civ. P.

2. On August 12, 2004 defendants took Dr. Majure's deposition and inquired into the opinions in her expert report and the bases for those opinions.

3. On August 25, 2004 the undersigned counsel wrote a letter to Attorney Bernabo requesting payment of Dr. Majure's bill related to the deposition. (Exhibit A.) A copy of Dr. Majure's bill was enclosed with the letter. (Id.)

4. On August 26, 2004 Attorney Bernabo wrote a letter to Attorney Shaw indicating that the defendants would not pay Dr. Majure's bill. (Exhibit B.) A second request for payment was

made during a telephone conversation between Attorney Shaw and Attorney Bernabo on September 13, 2004. Attorney Bernabo indicated during that conversation that the Board's position would not change.

5. Rule 26(b)(4)(A), Fed. R. Civ. P., provides that a party may depose any person who has been identified as an expert whose opinions may be presented at trial.

6. Rule 26(b)(4)(C), Fed. R. Civ. P., provides, however, that unless manifest injustice will result the court shall require the party seeing the discovery to pay the expert a reasonable fee for time spent responding to discovery.

7. Under the federal rules there is no question that the Board is responsible for paying Dr. Majure's bill.

WHEREFORE, the plaintiffs request that an order that will require the Southington Board of Education to pay Dr. Majure's bill relating to the deposition.

PLAINTIFFS,

By  /s/ *David C. Shaw*
David C. Shaw
34 Jerome Avenue, Suite 210
Bloomfield, CT  06002
Tel. (860) 242-1238
Fax (860) 242-1507
Fed. Bar. No. CT 05239
Email   dcshaw@cttel.net

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on September 21, 2004:

Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

Thomas M. Fiorentino, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

                                                           /s/ *David C. Shaw*
                                                          David C. Shaw