UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | : | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | : | 3:02CV00252 (SRU) |
|     Plaintiffs | : | |
|     v. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, et al. | : | |
|     Defendants. | : | September 21, 2004 |

**<u>NOTICE OF MANUAL FILING</u>**

The plaintiffs hereby provide notice of the manual filing of Exhibits A and B to their Memorandum in Support of Motion for Discovery Order filed this date. These documents have not been filed electronically because they could not be converted to an electronic format.

          PLAINTIFFS,

          By  /s/  *David C. Shaw*
          David C. Shaw, Esq.   Fed. Bar No. ct05239
          Law Offices of David C. Shaw LLC
          34 Jerome Ave., Suite 210
          Bloomfield, CT 06002
          Tel. (860) 242-1238
          Fax. (860) 242-1507
          Email: dcshaw@cttel.net

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on September 21, 2004:

Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

Thomas M. Fiorentino, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

                                            /s/ *David C. Shaw*
                                            David C. Shaw