UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | : | CIVIL ACTION. |
| and next friends, Mr. and Mrs. C.H., | : | 3:02-CV00252(SRU) |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, et al. | : | |
| *Defendants* | : | October 5, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT.

Please enter my appearance for the defendant, THEODORE S. SERGI, COMMISSIONER, CONNECTICUT DEPARTMENT OF EDUCATION in lieu of Thomas M. Fiorentino.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
MJ.McCarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 5th day of October, 2004, first class postage prepaid to:

David C. Shaw, Esq.  
34 Jerome Avenue, Suite 210  
Bloomfield, CT 06002  

Nicole Bernabo, Esq.  
Sullivan, Schoen, Campane & Connon, LLC  
646 Prospect Avenue  
Hartford, CT 06105  

Thomas M. Fiorentino, AAG  
Office of the Attorney General  
55 Elm Street, 4th Floor  
Special Litigation/Charities  
Hartford, CT 06106  

_____  
M.J. McCarthy  
Assistant Attorney General