UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | : | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H. | : | 3:02-CV00252(SRU) |
| *Plaintiffs* | : | |
| v. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, et al. | : | |
| *Defendants* | : | October 5, 2004 |

## MOTION TO WITHDRAW APPEARANCE

In accordance with Local Rule 15, the undersigned moves for leave to withdraw his appearance for the defendant, THEODORE S. SERGI, COMMISSIONER, CONNECTICUT DEPARTMENT OF EDUCATION in the above-referenced case. Another Assistant Attorney General M.J. McCarthy, Federal Bar No. ct090319, has filed an appearance for said defendant and will be defending him hence forth. For this reason, the undersigned respectfully asks the court to grant this motion.

_____
Thomas M. Fiorentino
Assistant Attorney General
Federal Bar No. ct09031
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Thomas.Fiorentino@po.state.ct.us
**Note:  New Tel.:  (860) 808-5020**
**Note:  New Fax:  (860 808-5347**

## **CERTIFICATION**

       I hereby certify that a copy of this motion was mailed on October 5, 2004, first class postage prepaid, to:

David C. Shaw, Esq.
34 Jerome Avenue, Suite 210
Bloomfield, CT 06002

Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105

M.J. McCarthy
Assistant Attorney General
Office of the Attorney General
55 Elm Street, 5th Floor
Health & Education
Hartford, CT 06106

 

                                                                                             _____

                                                                 Thomas M. Fiorentino
                                                                 Assistant Attorney General