UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| B.H., by and through his parents ) | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., ) | 3:02CV00252(SRU) |
| Plaintiffs ) | |
| v. ) | |
| ) | |
| SOUTHINGTON BOARD OF EDUCATION, ) | |
| ET AL, ) | |
| Defendants ) | OCTOBER 7, 2004 |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c)(1) and Rule 30(d)(4) of the Federal Rules of Civil Procedure, the defendants in the above captioned matter hereby move for a protective order from this court with regard to the deposition of "the Commissioner of the Connecticut Department of Education." Specifically, the plaintiffs noticed the deposition of the Commissioner for October 11, 2004. Parenthetically, the notice is dated October 4, 2004 and was received by this office on October 5, 2004. However, this court had established an August 31, 2004 deadline for the completion of discovery. As such, discovery should not be had, since it would violative of the court's scheduling order.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

In addition, motions for summary judgment are due on October 15, 2004. Thus, the just-noticed deposition would take place only 4 days before the deadline for filing the dispositive motions in this case and well after the deadline for completing discovery. In this regard, the transcript of the deposition will not be available prior to the court's deadline for such motions. While the defendants object to this deposition at this late date, it will now be necessary to request an extension of time in the event the court intends to allow such deposition to go forward over this objection.[1]

The defendants respectfully request that this court issue a protective order precluding plaintiffs from proceeding with the deposition of the Commissioner of the Connecticut Department of Education on October 11, 2004. In the alternative, the defendants ask that their motion for extension of time be granted, in the event the court intends to allow such deposition to go forward over this objection. Today, in an attempt to resolve this matter, the undersigned counsel spoke with counsel for the plaintiffs, David C. Shaw, Esq., who agreed that the best way to resolve this motion and the pending motion for extension of time would be through a conference with the court.

---

[1] In the absence of a ruling granting the plaintiffs' latest motion to amend complaint, the plaintiffs' proposed deposition also does not a remotely touch upon relevant areas for this litigation.

2

DEFENDANTS – SOUTHINGTON BOARD OF
EDUCATION, ET AL

By _____
Nicole A. Bernabo (ct19783)
Mark J. Sommaruga (ct09865)
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105
Tel: (860) 233-2141
Fax: (860)-233-0516
Email: nbernabo@sscc-law.com
Email: msommaruga@sscc-law.com

3

**CERTIFICATION**

This is to certify that a copy of the foregoing Motion was mailed on the 7th day of October, 2004, via first class mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002.

_____
Mark J. Sommaruga

4