UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | ) | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | ) | 3:02CV00252(SRU) |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| SOUTHINGTON BOARD OF EDUCATION, | ) | |
| ET AL, | ) | |
| Defendants | ) | OCTOBER 7, 2004 |

### AFFIDAVIT OF MARK J. SOMMARUGA, ESQ.

I, Mark J. Sommaruga, Esq., being duly sworn, do hereby depose and say:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I am an attorney and partner with the law firm of Sullivan, Schoen, Campane & Connon, 646 Prospect Avenue, Hartford, CT 06105. I have been with this firm, and its predecessor, since 1991. The firm serves as counsel for defendant Southington Board of Education. I have filed an appearance on behalf of the defendants in this matter.

1

3.      The defendants in the above captioned matter have moved for a protective order from this court with regard to the deposition of "the Commissioner of the Connecticut Department of Education." Specifically, the plaintiffs noticed the deposition of the Commissioner for October 11, 2004. Parenthetically, the notice is dated October 4, 2004 and was received by this office on October 5, 2004. However, this court had established an August 31, 2004 deadline for the completion of discovery. As such, discovery should not be had, since it would violative of the court's scheduling order.

4.      In addition, motions for summary judgment are due on October 15, 2004. Thus, the just-noticed deposition would take place only 4 days before the deadline for filing the dispositive motions in this case and well after the deadline for completing discovery. In this regard, the transcript of the deposition will not be available prior to the court's deadline for such motions. While the defendants object to this deposition at this late date, it is now necessary to request an extension of time in the event the court intends to allow such deposition to go forward over this objection.

5.      In this regard, the defendants request that this court issue a protective order precluding plaintiffs from proceeding with the deposition of the Commissioner of the Connecticut Department of Education on October 11, 2004. In the alternative, the defendants

2

ask that their motion for extension of time be granted, in the event the court intends to allow such deposition to go forward over this objection.

6. Today, in a good faith attempt to resolve this matter, the undersigned counsel spoke with counsel for the plaintiffs, David C. Shaw, Esq., who agreed that the best way to resolve this motion and the pending motion for extension of time (and to clarify the status of this case) would be through a conference with the court.

7. Indeed, the ruling on the plaintiffs' motion to amend complaint, the defendants' motion for protective order, and the defendants' motion for extension of time/amend scheduling order are all interrelated, especially with regard to the further scheduling of this case.

_____
Mark J. Sommaruga

Subscribed and sworn to, before me,
this _____ day of October, 2004.

_____
Notary Public
Commissioner of the Superior Court

3

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was mailed on the 11th day of October, 2004, via first class mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002.

_____
Mark J. Sommaruga

4