UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | : | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | : | 3:02CV00252(SRU) |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, et al. | : | |
| Defendants. | : | October 7, 2004 |

## MOTION FOR DISCOVERY ORDER

The plaintiffs move for an order pursuant to Rules 26(b)(4)(C), Fed. R. Civ. P., that will require the Southington Board of Education defendants to pay the expert fee of plaintiffs' expert Sue Gant, Ph.D. incurred in connection with a deposition defendants' counsel took of her on March 16, 2004 to inquire into the opinions she held regarding the issues raised in this lawsuit. In support of this motion the plaintiffs represent the following:

1. On July 23, 2003 the plaintiffs properly disclosed Sue Gant, Ph.D. as an expert witness pursuant to Rule 26(a)(2), Fed. R. Civ. P.

2. On March 16, 2004 defendants took Dr. Gant's deposition and inquired into the opinions in her expert report and the bases for those opinions. (Exhibit A)

3. On October 4, 2004 the undersigned counsel wrote a letter to Attorney Bernabo requesting payment of Dr. Gant's bill related to the deposition. (Exhibit B.) A copy of Dr. Gant's bill was enclosed with the letter. (Id.)

4. On October 7, 2004 Attorney Bernabo wrote a letter to Attorney Shaw indicating that the defendants would not pay Dr. Gant's bill. (Exhibit C.)

    5. Rule 26(b)(4)(A), Fed. R. Civ. P., provides that a party may depose any person who has been identified as an expert whose opinions may be presented at trial.

    6. Rule 26(b)(4)(C), Fed. R. Civ. P., provides, however, that unless manifest injustice will result the court shall require the party seeing the discovery to pay the expert a reasonable fee for time spent responding to discovery.

    7. Under the federal rules there is no question that the Board is responsible for paying Dr. Gant's bill.

    WHEREFORE, the plaintiffs request that an order that will require the Southington Board of Education to pay Dr. Gant's bill relating to the deposition.

    PLAINTIFFS,

By   /s/   David C. Shaw
David C. Shaw
34 Jerome Avenue, Suite 210
Bloomfield, CT  06002
Tel. (860) 242-1238
Fax (860) 242-1507
Fed. Bar. No. CT 05239
Email   dcshaw@cttel.net

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on October 7, 2004:

Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

M.J. McCarthy, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

    /s/   David C. Shaw
David C. Shaw