ExhibitA

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| B.H., by and through his parents<br>and next friends, Mr. and Mrs. C.H.,<br>                      Plaintiffs<br>v.<br><br>SOUTHINGTON BOARD OF EDUCATION,<br>ET AL,<br>                      Defendants | )  CIVIL ACTION NO.<br>)  3:02CV00252(SRU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  February 11, 2004 |

**RE-NOTICE OF DEPOSITION**

TO:   Sue A. Gant, Ph.D.
        c/o David C. Shaw, Esq.
        34 Jerome Avenue, Ste. 210
        Bloomfield, CT 06002

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendants hereby give notice of their intention to take the deposition of the plaintiff's expert, Sue A. Gant, Ph.D., at the Offices of Sullivan, Schoen, Campane & Connon, LLC, 646 Prospect Avenue, Hartford, Connecticut 06105, before a notary public or other competent authority, beginning at 10:00 A.M on March 16, 2004, and continuing thereafter day to day until concluded.

Pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, the plaintiff is hereby directed to bring with her to the deposition the following documents:

1. Any and all documents relied upon in support of her Report dated July 23, 2003.

2. Any and all other documents which substantiate the nature and amount of the plaintiff's claim for damages which may have been reviewed in support of the July 23, 2003 Report.

3. Any and all other documents which substantiate any claim or factual assertion which is contained in the plaintiff's complaint which may have been reviewed in support of the July 23, 2003 Report.

THE DEFENDANTS,

By _____
Nicole A. Bernabo
Federal Bar No. ct19783
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 06105-4286
Telephone: (860) 233-2141
Facsimile: (860) 233-0516
E-Mail: nbernabo@sscc-law.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing Notice of Deposition was mailed via first class mail, postage prepaid, to: David C. Shaw, 34 Jerome Avenue, Ste. 210, Bloomfield, CT 06002, on this 11th day of February, 2004.

*[signature]*
Nicole A. Bernabo

3

Case 3:02-cv-00252-SRU   Document 146-3   Filed 10/12/2004   Page 6 of 6