EXHIBIT B

October 4, 2004

VIA FACSIMILE
AND FIRST CLASS MAIL

Nicole C. Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

    Re: *B.H. v. Southington Board of Education*

Dear Nicole:

    Attached is the bill associated with the deposition you took of Dr. Gant on March 16, 2004. Please confirm that this bill will be paid promptly.

    Thank you.

                        Sincerely,

                        /s/ David C. Shaw
                        David C. Shaw

DCS:cs
Attachments

## Gant, Yackel and Associates Inc.,
2015 Parkview Dr
Hawarden, IA 51023
Fax/Tel (712) 551-3979

September 28, 2004

Re: Hartman Deposition

**FEES**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 3/16 | Deposition | per diem |
| | Total per diem | 1 |
| | Total per diem @ $2000.00 | $ 2,000.00 |
| | Total Deposition Fees | $ 2,000.00 |

## Gant, Yackel and Associates Inc.,
2015 Parkview Dr.
Hawarden, IA  51023
Fax/Tel (712) 551-3979

September 28, 2004

Re:  Hartman Deposition

### Expenses

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | Mileage Home to Airport 65 @ .40 | $ 26.00 |
| 3/15 | Meals | 32.90 |
| 3/16 | Meals | 26.48 |
|  | Car Rental/alternative to taxis $47.80 per dayx2= | 95.60 |
|  | Sky Cap (Documents) | 5.00 |
| 3/15-16 | Lodging $109.88 x 2 = | 219.76 |
|  | Lodging (overnight delay in Chicago) | 99.46 |
|  | Parking $4.50 per day x 2= | 9.00 |
|  | Mileage Airport to home 65 @ .40 | 26.00 |
|  | Airfare United #01622105617091 | 273.90 |
|  | **TOTAL EXPENSES** | **$ 814.10** |
|  | **TOTAL FEES & EXPENSES** | **$ 2,814.10** |