EXHIBIT C

## David C. Shaw, Esq.

**From:** "Nicole Bernabo" <NBernabo@sscc-law.com>
**To:** "David Shaw" <dcshaw@cttel.net>
**Sent:** Thursday, October 07, 2004 7:32 AM
**Subject:** B.H. v. Southington et al

David:

In response to you October 4, 2004 request for payment of Dr. Gant's bill, please be advised that the defendants maintain that they are not currently responsible for your expert's fees at this time.

Nicole A. Bernabo
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105
(860) 233-2141
(860) 233-0516 facsimile

THE INFORMATION IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL AND DELETE THE ORIGINAL MESSAGE. THE TEXT OF THIS E-MAIL IS SIMILAR TO ORDINARY TELEPHONE OR FACE-TO-FACE CONVERSATIONS AND DOES NOT REFLECT THE LEVEL OF FACTUAL OR LEGAL INQUIRY OR ANALYSIS WHICH WOULD BE APPLIED IN THE CASE OF A FORMAL LEGAL OPINION.