147

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and next friends, Mr. and Mrs. C.H., | ) ) ) | CIVIL ACTION NO. 3:02CV00252(SRU) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| SOUTHINGTON BOARD OF EDUCATION, FRANCES HAAG, INDIVIDUALLY, ANTHONY D'ANGELO, INDIVIDUALLY, THEODORE S. SERGI, COMMISSIONER, CONNECTICUT DEPARTMENT OF EDUCATION, | ) ) ) ) ) ) ) | |
| Defendants | ) | OCTOBER 12, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, defendants Southington Board of Education, Frances Haag and Anthony D'Angelo hereby move for an extension of time for responding to the plaintiffs' motion for a discovery Order. Since the filing of this motion on September 21, 2004, the undersigned counsel has been involved in several administrative due process hearings and Section 504 hearings, and as a result of this matter and the press of other legal business, needs additional time to finalize its memorandum in opposition to this motion for a discovery order.

**ORAL ARGUMENT IS NOT REQUESTED.**

**TESTIMONY IS NOT REQUIRED**

In addition, the plaintiff filed another motion for a discovery order regarding another deposition in this matter. In this regard, the defendants will respond to both motions simultaneously.

The undersigned defendants hereby ask that the deadline for responding to the plaintiffs' motion for a discovery order be extended by ten (10) days, from October 13, 2004 until October 23, 2004. This is the defendants' first request for an extension time for responding to the plaintiffs' motion for a discovery order.

Counsel for the undersigned defendants has contacted counsel for the plaintiff, David Shaw, Esq. Attorney Shaw has no objection to the granting of this motion for an additional ten days for responding to the plaintiff's motion.

           DEFENDANTS - SOUTHINGTON
           BOARD OF EDUCATION, FRANCES
           HAAG, and ANTHONY D'ANGELO

By /s/ Nicole Bernabo
Nicole A. Bernabo (ct19783)
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105
Tel: (860) 233-2141
Fax: (860)-233-0516
Email: nbernabo@sscc-law.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on the 12th day of October, 2004, via U. S. Mail, postage prepaid, to David C. Shaw, Esq., Law Offices of David C. Shaw, 34 Jerome Avenue, Ste. 210, Bloomfield, CT 06002.

_____
Nicole A. Bernabo

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326