UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and | : | CIVIL ACTION NO. |
| next friends, Mr. and Mrs. C.H. | : | 3:02CV252 (SRU) |
| PLAINTIFFS, | : | |
| V. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, ET. AL. | : | |
| DEFENDANTS. | : | OCTOBER 14, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The plaintiffs move for an enlargement of time until November 8, 2004 within which their Reply to Defendants' Memorandum in Opposition to Plaintiffs' Motion to Amend Complaint is due. In support of this Motion the plaintiffs represent the following:

1. The plaintiffs filed a Motion to Amend the Complaint on September 14, 2004 [Doc. # 133.]

2. The defendants' brief in opposition to the Motion to Amend was filed on October 4, 2004 [Doc. # 139].

3. Defendants' brief raises many issues not addressed by plaintiffs' Memorandum in Support of their Motion to Amend, including a lengthy argument that the exhaustion doctrine contained in 20 U.S.C. § 1415(l) precludes the Court from granting the Motion to Amend, and arguments relating to laches and other special defenses recently raised in defendants' Amended Answer.

4. Plaintiffs believe it is important that they have an opportunity to respond to these

arguments so that the Court has a full and balanced record before it addresses plaintiffs' Motion.

     5. Plaintiffs calculate that their Reply brief is due on Tuesday, October 19, 2004.

     6. Plaintiffs are unable to file a Reply brief by October 19, 2004 due to the demands on counsel's time required in administrative hearings in two IDEA cases, proceedings before the Expert Advisory Panel in *P. J. v. State of Connecticut*, No. 91CV00180 (RNC), and three responses in lengthy dispositive motions due on November 1, 2004 in *M.K. v. Sergi*, No.96CV00482(WIG).

     7. Extending the time within which to file a Reply brief will not disrupt any ongoing proceedings as dispositive motions are now due on December 15, 2004.

     8. Opposing counsel, Attorney Nicole Bernabo, has been contacted an represents that she opposes an enlargement of the time for the filing of plaintiffs' Reply brief.

     9. This is the first enlargement of time requested with respect to this time limitation.

     WHEREFORE, the plaintiffs request an enlargement of the time within which their Reply to Defendants' Memorandum in Opposition to Motion to Amend is due until November 8, 2004.

     PLAINTIFFS,

     By  /s/ *David C. Shaw*
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel.: (860) 242-1238
Fax.: (860) 242-1507
Fed. Bar No. ct 05239
Email:  dcshaw@cttel.net

**<u>CERITIFICATION</u>**

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on October 14, 2004.

Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

M.J. McCarthy, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

                          /s/ *David C. Shaw*
                          David C. Shaw, Esq.