FILED

2004 OCT -7 P 4: 58

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents<br>and next friends, Mr. and Mrs. C.H., | )<br>)<br>) | CIVIL ACTION NO.<br>3:02CV00252(SRU) |
| Plaintiffs<br>v. | )<br>)<br>) | |
| SOUTHINGTON BOARD OF EDUCATION,<br>FRANCES HAAG, INDIVIDUALLY,<br>ANTHONY D'ANGELO, INDIVIDUALLY,<br>THEODORE S. SERGI, COMMISSIONER,<br>CONNECTICUT DEPARTMENT OF<br>EDUCATION, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants | ) | October 6, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

The defendants hereby move to modify the Scheduling Order in this matter such that dispositive motions will be filed by no later than November 1, 2004. In support of this Motion the parties represent that at an omnibus motion hearing on September 15, 2004 this Court did not issue a decision on the plaintiffs' motion to amend complaint and the defendants' amended answer. The parties are unable to complete their respective motions for summary judgment without first knowing this court's ruling as to the parameters of the amended complaint —

**ORAL ARGUMENT NOT REQUESTED**

raising additional school years into questions - and the answer – raising additional defenses.

Additionally, the plaintiffs recently notified this office in writing that they intend to depose a Connecticut State Department of Education staff person on October 11, 2004 – only 4 days before the deadline for filing the dispositive motions in this case and well after the deadline for completing discovery. No prior notice of this deposition was given to the defendants – informal or otherwise. In this regard, the transcript of the deposition will not be available prior to the court's deadline for such motions. Although the defendants intend to object to this deposition at this late date, it is necessary to request this extension of time in the event the court intends to allow such deposition to go forward over this objection.

The parties are also participating in a settlement conference with Magistrate Judge Garfinkel on Friday, September 8, 2004.

Although the parties' last joint motion to modify the scheduling order stated that there would be no further requests to change the deadlines in this case, the recent developments, discussed above, require such modification so that the defendants can adequately be prepared to raise all arguments in their memorandum of law in support of their motion for judgment.

The undersigned counsel has attempted to contact plaintiffs' counsel as to his position on this motion; however, due to the time limitations of the undersigned counsel with respect to ongoing administrative hearings, she was not able to ascertain the plaintiffs' position on this motion prior to filing the same.

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

It is respectfully submitted that the defendants have good cause for the granting of this motion, and there will not be a substantial delay – only two weeks – as a result of this request for a modification of the scheduling order as it pertains to the filing of dispositive motions only.

DEFENDANTS - SOUTHINGTON
BOARD OF EDUCATION, FRANCES
HAAG, and ANTHONY D'ANGELO

By_____
Nicole A. Bernabo (ct19783)
Mark J. Sommaruga (ct09865)
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105
Tel: (860) 233-2141
Fax: (860)-233-0516
email: nbernabo@sscc-law.com
email: msommaruga@sscc-law.com

3

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on the 6th day of October, 2004, via U. S. Mail, postage prepaid, to David Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002.

_____
Mark J. Sommaruga

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326