UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and next friends, Mr. and Mrs. C.H., | ) ) | CIVIL ACTION NO. 3:02CV00252(SRU) |
| Plaintiffs | ) | |
| v. | ) ) | |
| SOUTHINGTON BOARD OF EDUCATION, ET AL, | ) ) | |
| Defendants | ) | OCTOBER 29, 2004 |

### NOTICE OF WITHDRAWAL
### OF SPECIAL DEFENSE

The defendants hereby withdraw their Eleventh Affirmative Defense as asserted in their July 14, 2004 Amended Answer based on this court's October 27, 2004 ruling which denied the plaintiffs' Motion for Leave to file an Amended Complaint. More specifically, the Eleventh Affirmative Defense being withdrawn is as follows:

**ELEVENTH AFFIRMATIVE DEFENSE (As to all counts)**

In the alternative, the decisions of the Connecticut State Department of Education (Complaint No. 04-045 and Complaint No. 04-066) regarding the plaintiff-student's claims of an inappropriate public education should have a preclusive effect on any claims raised in this case. Thus, the plaintiffs' [sic] are barred by res judicata/collateral estoppel regarding their claims for relief against the defendants during the school years at issue in Complaint No. 04-045 and Complaint No. 04-066.

This defense is being withdrawn on the basis of the court's ruling that the focus of this litigation will be on the one schools year at issue - 2001-2002 - during any review of the allegations contained in the plaintiffs' initial complaint.

> DEFENDANTS – SOUTHINGTON BOARD OF EDUCATION, ET AL
>
> By *[signature]*
> Nicole A. Bernabo (ct19783)
> Sullivan, Schoen, Campane & Connon
> 646 Prospect Avenue
> Hartford, CT 06105
> Tel: (860) 233-2141
> Fax: (860)-233-0516
> Email: nbernabo@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing Notice of Withdrawal of Affirmative Defense was mailed on the 28th day of October, 2004, via first class mail, postage prepaid, to David C. Shaw, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002.

_____
Nicole A. Bernabo