UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| B.H., by and through his parents           ) | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H.,        ) | 3:02CV00252(SRU) |
| Plaintiffs    ) | |
| v.                                          ) | |
|                                             ) | |
| SOUTHINGTON BOARD OF EDUCATION, ET AL  ) | |
| Defendants.  ) | JANUARY 18, 2005 |

## **MOTION TO MODIFY SCHEDULING ORDER**

The plaintiffs and defendants stipulate and agree that the Scheduling Order in this matter should be modified such that dispositive motions will be filed by no later than February 19, 2005. In support of this Motion the parties represent the following:

1. On December 1, 2004 the Court entered an Order that dispositive motions were due by January 19, 2005.

2. The plaintiffs and defendants have negotiated an agreement that will, if accepted by the Court, resolve the issues raised in this lawsuit and the administrative hearing now pending before the Connecticut Board of Education.

3. As the agreement is subject to review and approval by the Court, we request an extension for filing dispositive motions.

4. This is the parties' fifth request for a modification of the Scheduling deadlines in this case with respect to the filing of dispositive motions. The reason for this request for

enlargement is to allow sufficient time for the final Settlement Agreement to be submitted for Court approval.

The parties therefore respectfully request that the Court enter a Scheduling Order to extend the date for filing of dispositive motions from January 19, 2005 to February 19, 2005.

PLAINTIFFS

By  /s/  Andrew A. Feinstein
   Andrew A. Feinstein, Esq.
   34 Jerome Avenue, Suite 210
   Bloomfield, CT  06002
   Tel. (860) 242-1238
   Fax (860) 242-1507
   Fed. Bar. No. CT11192
    Email   feinsteinandrew@sbcglobal.net

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on the 18th day of January 2005 via Federal Express to the Court and U. S. Mail, postage prepaid, to Nicole A. Bernabo, Esq., Sullivan, Schoen, Campane & Connon, LLC, 646 Prospect Avenue, Hartford, CT 06105.

   /s/  Andrew A. Feinstein
Andrew A. Feinstein