UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and | : | CIVIL ACTION NO. |
| next friends, Mr. and Mrs. C.H. | : | 3:02CV252 (SUR) |
| PLAINTIFFS, | : | |
| | : | |
| V. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, ET AL | : | |
| | : | |
| DEFENDANTS. | : | JANUARY 21, 2005 |

### NOTICE OF FILING

The plaintiffs hereby provide notice of the filing of a Settlement Agreement settling all claims in the Complaint, subject to the approval of this Court.

PLAINTIFFS,

By  /s/   David C. Shaw
David C. Shaw, Esq.
The Law Offices of David C. Shaw LLC
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel:  (860) 242-1238
Fax:  (860) 242-1507
dcshaw@cttel.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record and Hon. William Garfinkel on January 21, 2005:

Magistrate Judge William I. Garfinkel
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Nicole A. Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

       /s/   David C. Shaw
David C. Shaw, Esq.