UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents and | : | CIVIL ACTION NO. |
| next friends, Mr. and Mrs. C.H. | : | 3:02CV252 (SUR) |
|     PLAINTIFFS, | : | |
| | : | |
| V. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, ET AL | : | |
| | : | |
|     DEFENDANTS. | : | JANUARY 21, 2005 |

## MOTION TO SEAL

The plaintiffs move this Court to seal from public inspection the attached Settlement Agreement which reveals plaintiffs' names. This relief is necessary because this action involves facts which are such that public knowledge of their identity would constitute an invasion of their privacy and subject them to public obloquy.

                PLAINTIFFS,

                By  /s/   David C. Shaw
                David C. Shaw, Esq.
                The Law Offices of David C. Shaw LLC
                34 Jerome Ave., Suite 210
                Bloomfield, CT 06002
                Tel:  (860) 242-1238
                Fax:  (860) 242-1507
                dcshaw@cttel.net

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record and Hon. William Garfinkel on January 21, 2005:

Magistrate Judge William I. Garfinkel
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Nicole A. Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105


                                                        /s/    David C. Shaw
                                                        David C. Shaw, Esq.