UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.H., by and through his parents | : | CIVIL ACTION NO. |
| and next friends, Mr. and Mrs. C.H., | : | 3:02CV00252 (SRU) |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| SOUTHINGTON BOARD OF EDUCATION, et al. | : | |
| Defendants. | : | FEBRUARY 23, 2005 |

## **WITHDRAWAL**

The parties have settled this matter through a Stipulated Agreement that has been approved by the Court. Plaintiffs withdraw this matter, with prejudice, as to the individual defendants Frances Haag, Anthony D'Angelo, and Thomas G. Badway, pursuant to the terms of the Court-approved Settlement Agreement and to Rule 41(a), Fed. R.Civ. P.

PLAINTIFFS,

By /s/ *David C. Shaw*
David C. Shaw, Esq.   Fed. Bar No. ct05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Email: dcshaw@cttel.net

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was mailed first class, postage prepaid on February 23, 2005.


Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105

              /s/ *David C. Shaw*
                David C. Shaw